UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

**FILED**

**JUN 1 8 2008**

**Clerk,** U.S. District and
**Bankruptcy Courts**

Everett Watson

Plaintiff

Vs

United States/Congress

Defendant

COMPLAINT

**ATTORNEY: PRO SE**

**PLAINTIFF**: Everett Watson

STREET: 522 WOLF ST #3

CITY: KILLEEN, TEXAS

ZIP CODE: 76541

PHONE NUMBER: (254) 501-8691

Case: 1:08-cv-01058
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 6/18/2008
Description: Admn. Agency Review

**ATTORNEY: ATTORNEY GENERAL MICHEAL B. MUKASEY**

**DEFENDANT**: UNITED STATES/ CONGRESS

STREET: 950 PENNSYLVANIA AVENUE, NW

CITY: WASHINGTON DC

ZIP CODE: 20530-0001

PHONE NUMBER: (202) 353-1555

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

Everett Watson

Plaintiff

Michael Mukasey, USAG +

Vs

United States/Congress

Defendant

BRIEF FOR THE PLAINTIFF


**ATTORNEY: PRO SE**

**PLAINTIFF**: Everett Watson

STREET: 522 WOLF ST #3

CITY: KILLEEN, TEXAS

ZIP CODE: 76541

PHONE NUMBER: (254) 501-8691


**ATTORNEY: ATTORNEY GENERAL MICHEAL B. MUKASEY**

**DEFENDANT**: UNITED STATES/ CONGRESS

STREET: 950 PENNSYLVANIA AVENUE, NW

CITY: WASHINGTON DC

ZIP CODE: 20530-0001

PHONE NUMBER: (202) 353-1555

08 1058

**FILED**

JUN 1 8 2008

Clerk, U.S. District and
Bankruptcy Courts

1
# UNITED STATES DISTRICT COURT

2

3
## DISTRICT OF COLUMBIA

4

5
### QUESTIONS PRESENTED

6

7    1.) Did Congress have the right to refuse the presidents request for more

8         funds to acquire additional troops after the allied forces withdrew 75,000

9         plus troops from the current war in Iraq when funding was pre authorized.

10   2.) Did Congress have the right to refuse additional funding for troops when it

11        was determined that after the troop withdrawal of the allied forces (75,000

12        troops) and the public announcement made by the same countries?  Enemy

13        troops had allies entering in the battle from Syria and Iran.   2 more

14        countries entered into the battle!

15   3.) Did congress have the right to refuse additional funding when it was

16        determined that more troops were needed and Our forces had to fight side

17        by side with Iraq troops who were inflicting casualties on our troops

18        through various means.  Iraqi allied soldiers were giving out vital

19        information that included patrol routes we traveled, supplies, meeting

20        locations, and other important information that severely hampered the

21        war effort. They were also suicide bombings inside of the barracks and the

22        green zone which was announced as the most impregnable and safest area

23        in Iraq.

1

4.) Based upon the information provided by the department of defense and reports submitted to congress it appears that a larger military operation is inside of Iraq. A counter military offensive that is above the capabilities of the average terrorist to carry out. Supplies, munitions and troops are being supplied to the Iraqi army. Evidence supports the information. We have not met the counteroffensive which is mandated by law. It is an immediate threat to our forces in Iraq and an indirect threat to national security.

5.) Imminent danger is the current situation in Iraq. It began when our allied forces pulled their troops out and announced that it was an unjust war. After that 2 additional countries have clandestinely entered into the war. Syria and Iran! A large counter offensive is underway in Iraq. This situation constantly puts our troops in situations that are not normal combat situations. These situations are abnormal, abstract, Picassoish, combat situations which has resulted in troop casualties and fatalities 95 percent of the time. It is illegal not to provide and aid are troops in war. Does the United States Supreme Court have the power to issue a writ of mandamus the Congress commanding them to appropriate an initial 150 billion dollars to the United States Military for the acquisition of troops and materials as determined by the joint chief of staffs to combat this war by closing the Syria and Iranian borders?

1    6.) In addition to the current situation in Iraq we purchased MRAPS from a

2    company in Iraq which has not been delivered.  This lack of delivery is

3    directly tied to the causalities that we are sustaining in Iraq.  Can this

4    court issue an immediate injunction against that company for breech of

5    contract and stop any more monies going to that company?  Issue another

6    contract to another company or companies in a joint effort to meet the

7    needs of our forces in Iraq and maintain a schedule suitable in war!

8

9

10   **ATTORNEY: PRO SE**

11   **PLAINTIFF:** Everett Watson

12   STREET: 522 WOLF ST #3

13   CITY: KILLEEN, TEXAS

14   ZIP CODE: 76541

15   PHONE NUMBER: (254) 501-8691

16

17   **ATTORNEY: ATTORNEY GENERAL MICHEAL B. MUKASEY**

18   **DEFENDANT:** UNITED STATES/ CONGRESS

19   STREET: 950 PENNSYLVANIA AVENUE, NW

20   CITY: WASHINGTON DC

21   ZIP CODE: 20530-0001

22   PHONE NUMBER: (202) 353-1555

3

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

## TABLE OF CONTENTS

Everett Watson

### Plaintiff

Vs

United States/Congress

### Defendant

1.) QUESTIONS PRESENTED.................................................................1

2.) TABLE OF CONTENTS....................................................................4

3.) JURISDICTION.............................................................................6

4.) CASES AND STATUES....................................................................7

5.) STATEMENT OF THE CASE...........................................................9

6.) SUMMARY OF THE ARGUMENT...................................................13

7.) ARGUMENT..................................................................17

8.) CONCLUSION...............................................................33

9.) APPENDIX...................................................................n/a

10.) WORD COUNT............................................................35

ATTORNEY: PRO SE

PLAINTIFF: Everett Watson

STREET: 522 WOLF ST #3

CITY: KILLEEN, TEXAS

ZIP CODE: 76541

PHONE NUMBER: (254) 501-8691


ATTORNEY: ATTORNEY GENERAL MICHEAL B. MUKASEY

DEFENDANT: UNITED STATES/ CONGRESS

STREET: 950 PENNSYLVANIA AVENUE, NW

CITY: WASHINGTON DC

ZIP CODE: 20530-0001

PHONE NUMBER: (202) 353-1555

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

### JURISDICITION

Everett Watson

**Plaintiff**

Vs

*MICHAEL B. MUKASEY, USAG*

United States/Congress

**Defendant**

This matter involves the United States military and the United States congress.

This court has original jurisdiction in this case under the *United States code Title 28 part iv chapter 85 section 1331, 1361 and under article iii section 2 of the United States constitution.*

**ATTORNEY: PRO SE**

**PLAINTIFF**: Everett Watson

STREET: 522 WOLF ST #3

CITY/STATE: KILLEEN, TEXAS 76541

PHONE NUMBER: (254) 501-8691

**ATTORNEY: ATTORNEY GENERAL MICHEAL B. MUKASEY**

**DEFENDANT**: UNITED STATES/ CONGRESS

STREET: 950 PENNSYLVANIA AVENUE, NW

CITY: WASHINGTON DC 20530-0001

PHONE NUMBER: (202) 353-1555

6

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

<u>CASES AND STATUES</u>

Everett Watson

Plaintiff

Vs

*MICHAEL B. MUKASEY, USAG*

United States/Congress

Defendant

<u>STATUES</u>

1.) United States constitution article i section 8  page/line

number....13/7,15/19,19/18,29/7,

2.) United States constitution article i section 10 page/line 16/7, 29/15

3.) United States constitution article iii section 2 page 6

4.) United States constitution article iii section 3 page/line...10/10,18/12,

5.) <u>United States CodeTITLE 28 - JUDICIARY AND JUDICIAL</u>

<u>PROCEDURE PART VI - PARTICULAR PROCEEDINGS CHAPTER 161 -</u>

<u>UNITED STATES AS PARTY GENERALLY</u> Section 2403. Intervention

by United States or a State constitutional question....page 6

6.) United States code Title 50 war and national Defense ch15 national

security subch. ii Section 411 Authorization of appropriations. Page/line

number...10/10, 13/13, 19/14, 20/7, 25/15, 26/14, 28/18, 31/16

7.) <u>United States code Title 50 war and national Defense ch29 national
defense contracts Section 1431 Authorization, official approval,
congressional action, notification of committees of certain proposed
obligations, resolution of disapproval, continuity of session, computation of
period</u>: page/line number..11/20, 16/16, 30/11

8.) Senate journal  8/12 /1856: page/line number.... 20/15, 24/4

9.) H.R . 135.... page 11 line 17


CASES


10.) Union pacific railroad company vs. United Sates /Central pacific railroad
company vs. Gallatin  900 u.s. 700: page/line number...14/12, 25/14, 26/1,
31/14, 65/19

11.) Shields v. State of Ohio 95 u.s.319 1877

8

1        UNITED STATES DISTRICT COURT

2           DISTRICT OF COLUMBIA

3

4          <u>STATEMENT OF THE CASE</u>

5              Everett Watson

6                <u>Plaintiff</u>

7                  Vs
          *Michael B. Mukasey, USAG*
8           United States/Congress

9                <u>Defendant</u>

10

11

12  I humbly (with the outmost respect for our court system) bring matter to the

13  United States supreme court for immediate action!  9/14/2001 the President of

14  the United States issued an order declaring war in Iraq.  This took place after

15  9/11/2001.  As the war progressed our forces encountered a few obstacles which

16  were overcome by the strategy of our commanding officers in the field and at

17  home in the pentagon.  We had adequate forces which included the allied forces

18  which took part in the war effort.  I went to New York to volunteer in the rescue

19  effort and be available should there be an invasion entering from New York or

20  the bordering states.  Prior military are subject to recall to service before there is

21  a draft.  The draft never took place but it came up in the Senate on more than

22  one occasion.  As the war progressed the some of the allied forces made a public

1    UNITED STATES DISTRICT COURT

2    DISTRICT OF COLUMBIA

3

4

5    <u>STATEMENT OF THE CASE</u>

6

7    announcement that they were  was pulling their troops out of the war.  They did.

8    That triggered events that our forces could not prevent.  It left areas virtually

9    unguarded.  Territory was regained by the enemy.   The announcement over the

10    airwaves gave aid to the enemy.  If that had been a branch of the U.S. military

11    they would have been charged with treason; *under article iii of the United States*

12    *constitution section 3 treason.*  We can not charge any of the countries that pulled

13    out of the war with treason.  The effect of that pullout is still the same.  It created

14    a huge void in manpower and triggered a counter offensive by the enemy.

15    Soldiers from Syria and Iran entered into the war.  An unidentified source is

16    funding the enemy with troop's supplies and munitions.  The president went to

17    congress and asked for more funds to aid in the war effort.  Congress refused.

18    That was illegal.  *Under title 50 war and national defense chapter 15 national*

19    *security  section 411* they were authorized to provide monies in carrying out the

20    measures defined by our military commanders in the defense of our country!

21    Congress then somewhat bartered additional monies in the middle of the conflict

22

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA


<u>STATEMENT OF THE CASE</u>


and the money it did supply was not enough.  It was just enough to replenish

some of what had been exhausted by our forces there.  Congress did not want to

implement the draft.  We were forced to fight side by side with Iraqi troops.

These conditions have proven to be disastrous.  The have betrayed us, revealed

vital information, and have taken part in many suicide bombings.  Congressed

still did not act. The counter offensive has increased in size as has the weapons

we are encountering in Iraqi.  These are strategic military attacks under the

guise of a single terrorist group.  I have recorded deaths of several troops and the

manner in which their life was exhausted to support the escalation of the counter

offensive by the enemy.  We have listed 30,000 wounded and over 4,000 fatalities.

The majority of the causalities fatalities we have sustained took place after the

pullout along with the invading troops from Syria and Iran. This along with the

fact that we purchased MRAPS that have not been delivered in 2 years leads me

to believe that the enemy has some control over the company that is contracted to

build the MRAPS.  The casualties are directly tied to the lack of vehicles and the

style of attack implemented by the enemy.  Congress was briefed and congress

has not responded. This situation occurred once before and <u>***H.R. 135 (8/12/1856***</u>

1          UNITED STATES DISTRICT COURT

2               DISTRICT OF COLUMBIA

3              <u>STATEMENT OF THE CASE</u>

4

5    Senate journal) was the result.  Congress then waited (as now) until the damage

6    had been done before it responded.  As with the MRAPS or with the lack of

7    delivery congress could have (***under title 50 chapter 29*** Section 1431) pulled

8    the contract for non-performance or breech of contract and they have not.  This is

9    war and this lack of action is an immediate threat to our troops in Iraq and our

10   national security!

11

1       UNITED STATES DISTRICT COURT

2       DISTRICT OF COLUMBIA

3       <u>SUMMARY OF THE ARGUMENT</u>

4

5       Everett Watson

6       <u>Plaintiff</u>

7       Vs
        *Michael B. Mukasey, et al*

8       United States/Congress

9       <u>Defendant</u>

10

11      <u>Questions1,2,3</u>    We are under a banner of war.  Congress is authorized by law

12      to appropriate adequate funds to support the war effort when we are at war. <u>Usc</u>

13      <u>title 50 War and national Defense chapter 15 national security</u>

14      <u>Subchapter II MISCELLANEOUS AND CONFORMING PROVISIONS</u>

15      Section 411 *authorizations of appropriations. "There are authorized to be*

16      *appropriated such sums as may be necessary and appropriate to carry out this*

17      *act".* <u>United States constitution Article 1 Section 8</u> *"The congress shall have*

18      *power to lay and collect taxes, duties, imposts excises, to pay the debts and provide*

19      *for the common defense and general welfare of the United States; but all duties ,*

20      *imposts and excises shall be uniform throughout the United States."* Congress has

21      failed to do this. Which is evident by the way our forces have had to adjust,

22      sustain avoidable inflictions, and continue to petition for funds with no

1   assistance. The MRAPS should have been delivered. I must emphasize at this

2   point that WE ARE AT WAR. WE ARE ENGAGING A VERY CUNNING FOE.

3   The MRAPS are not something that can be duplicated by another vehicle we have

4   in our possession. We need them now!!!!!!!!!! The troop deployment can not be

5   improvised or redistributed to compensate for a reduction in force of the size that

6   we encountered with the pullout of the allied forces (65,000 troops). Trying to do

7   that would have added chaos to calamite! We could not have envisioned it was

8   (the pullout) was coming or that they would tell the enemy that they were

9   leaving. We can not charge them with treason. Leaving the field of battle in the

10  middle of war is desertion and telling it to the enemy is treason! The president

11  requested more troops and none were provided which congress is obligated by law

12  to do so. **99 u.s. 700 union pacific railroad v. united states  Central pacific**

13  **railroad company vs gallatin October term 1878 I quote the opinion of**

14  **the supreme court delivered by chief justice white** " *it is our duty, when*

15  *required in the regular course of judicial proceedings, to declare an act of*

16  *Congress void if not within the*

17  *legislative power of the United States; but this declaration should never be made*

18  *except in a clear case!".*

19  **Question 4.5** Our troops were forced to trust the enemy in a theater against

20  his own which the Iraqis have never considered us his ally and the Iraqi we have

21  trusted has acted accordingly. The casualties are proof. The troops that were

22  requested would have allowed the initial strategy designed by the joint chief of

1    UNITED STATES DISTRICT COURT

2

3    DISTRICT OF COLUMBIA

4

5    <u>SUMMARY OF THE ARGUMENT</u>

6    staffs to work as it had been up and until the pullout of the allied forces which

7    (the allied forces) did not act like an ally when it left the battlefield. (75,000

8    troops) prior to 2007)! The enemy responded in grand fashion.   For 2 years

9    following the declaration of war on 9/14/2001 we had less than 500 fatalities.  To

10   date the total is over 4000 fatalities and 30,000 casualties.  This could have been

11   prevented be replacing the troops when asked to do so.  Our Military has no other

12   means of support!  The immediate needs of the war effort is an initial

13   (immediate) 150 billion dollar cash allotment to the military to acquire the troops

14   and provisions needed to bring the conflict to the position that was envisioned it

15   would be (at this point in time) at the outset of the war.  20% of that cash

16   allotment (payroll only) could acquire an additional 130,000 troops at the lowest

17   rank for four years. Congress will not allocate these funds unless it is mandated

18   by this court.  They have constantly refused and in a time of war it is mandatory

19   under the **<u>United States Constitution article I section 8.</u>** *The Congress shall*

20   *have Power To lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for*

21   *the common Defence and general Welfare of the United States; but all Duties, Imposts and Excises*

22   *shall be uniform throughout the United States;    To raise and support Armies, but no*

23   *Appropriation of Money to that Use shall be for a longer Term than two Years;*

15

1  UNITED STATES DISTRICT COURT

2  DISTRICT OF COLUMBIA

3  <u>SUMMARY OF THE ARGUMENT</u>

4  *To provide and maintain a Navy: To provide for organizing, arming, and disciplining, the Militia,*

5  *and for governing such Part of them as may be employed in the Service of the United States,*

6  *reserving to the States respectively, the Appointment of the Officers, and the Authority of training*

7  *the Militia according to the discipline prescribed by Congress: Article. I. section 10:No State*

8  *shall, without the Consent of Congress, lay any Duty of Tonnage, keep Troops, or Ships of War in*

9  *time of Peace, enter into any Agreement or Compact with another State, or with a foreign Power, or*

10  *engage in War, unless actually invaded, or in such imminent Danger as will not admit of delay.*

11  I can demonstrate the need and it was explained in detail to Congress.  After

12  they refused to issue the money requested by our president I sent a video to the

13  media hoping to enlist the media's aid (by playing the video on the air) in getting

14  the troops to no avail.

15  **Question 6** The MRAPS are needed now.  The contract should be pulled.

16  *Under usc title 50 war and defense chapter 29 Section 1431 Authorization:*

17  *official approval: Congressional action: notification of committees of certain proposed*

18  *obligations, resolution of disapproval, continuity of session, computation of period* The

19  non-delivery of the vehicles is not expectable in this situation.  Our troops can not

20  improvise.  Non-performance and a breech of contract should void the present

21  contract with the company in question.  Another contract should be issued to a

22  company or companies who can meet time tables needed in combat.  The results

23  of the delay has cost our forces as much as the MRAPS themselves.

1    UNITED STATES DISRICT COURT

2    DISTRICT OF COLUMBIA

3    <u>ARGUMENT</u>

4    Everett Watson

5    <u>Plaintiff</u>

6    Vs
      *MICHAEL B. MUKASEY, USAG*
7    United States/Congress +

8    <u>Defendant</u>

9

10

11    1.) Did Congress have the right to refuse the presidents request for more

12    funds to acquire additional troops after the allied forces withdrew 75,000

13    plus troops from the current war in Iraq when funding was pre authorized.

14    2.) Did Congress have the right to refuse additional funding for troops when it

15    was determined that after the troop withdrawal of the allied forces (75,000

16    troops) and the public announcement made by the same countries?  Enemy

17    troops had allies entering in the battle from Syria and Iran.   2 more

18    countries entered into the battle!

19    3.) Did congress have the right to refuse additional funding when it was

20    determined that more troops were needed and Our forces had to fight side

21    by side with Iraq troops who were inflicting casualties on our troops

22    through various means.  Iraqi allied soldiers were giving out vital

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

<u>ARGUMENT</u>

information that included patrol routes we traveled, supplies, meeting locations, and other important information that severely hampered the war effort. They were also suicide bombings inside of the barracks and the green zone which was announced as the most impregnable and safest area in Iraq.  When the war started there were over 250,000 troops.  The war went well.  In 2003 some of the countries made a public announcement that they were withdrawing their troops from the war in Iraq making a statement that it was an unjust war.  That public announcement warned the enemy.  We can not charge them with treason under the **United States constitution article 3 section 3** for that announcement! **Article. III.   Section 3.** *Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court. The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.*   Our troops would have been charged with desertion for leaving the battlefield and treason for providing the enemy with information as to troop levels, territory left unguarded and unoccupied.  It was easy to tell since each country wore its

1    UNITED STATES DISTRICT COURT

2    DISTRICT OF COLUMBIA

3    <u>ARGUMENT</u>

4

5    own uniform. Starting in 2003 after the announcement the following countries

6    left the battlefield.  Spain 1,300, Romania 730, Bulgaria 485, Ukraine 1650, Italy

7    3,200, Honduras 368, Portugal 128, Netherlands 1,345, Dutch 650, Nicaragua

8    250, Dominican Republic 312, Philippines 51, Thailand 423, Hungary 300, Tonga

9    45, Japan 600, New Zealand 61, UK 41,000, Poland 1600, Australia 1,400, turkey

10    10,000.  The total count is 65,898 troops.  This size of a reduction in force created

11    a need for replacements which were never issued.  The enemy then received help

12    from it neighboring countries Iran and Syria.  Troops entered into the battle from

13    both countries. The size of the enemy forces increased by and undetermined

14    amount.  We have sustained 30,000 casualties and 4000 plus fatalities.  The total

15    depletion of forces including the casualties and fatalities total 99,898 troops

16    missing from the war!  Under these conditions Congress should have on it on

17    increased troop levels and it did not even after the request was made by the

18    President.  Under the United States Constitution **<u>Article 1 Section 8</u>**

19    Section 8. *<u>The Congress shall have Power To lay and collect Taxes, Duties, Imposts and Excises,</u>*

20    *<u>to pay the Debts and provide for the common Defense and general Welfare of the United States; but</u>*

21    *<u>all Duties, Imposts and Excises shall be uniform throughout the United States;</u>*

22

1            UNITED STATES DISTRICT COURT

2              DISTRICT OF COLUMBIA

3                  <u>ARGUMENT</u>

4    *<u>To raise and support Armies, but no Appropriation of Money to that Use shall be for a longer Term</u>*

5    *<u>than two Years: To provide and maintain a Navy</u>*

6    <u>United States Code TITLE 50 - WAR AND NATIONAL DEFENSE CHAPTER</u>

7    <u>15 - NATIONAL SECURITY SUBCHAPTER II - MISCELLANEOUS AND</u>

8    <u>CONFORMING PROVISIONS</u> **Section 411. Authorization of**

9    **appropriations** *<u>There are authorized to be appropriated such sums as may be necessary and</u>*

10   *<u>appropriate to carry out the provisions and purposes of this Act</u>* .This size of an unsupported

11   reduction in force created abnormal and adverse conditions which called for the

12   immediate action of congress.  The need was increased by the additional troops

13   coming from the bordering countries of Syria and Iran.  Congress has not acted

14   according.  This court had to intervene in a similar situation in 1856.

15   **<u>Senate journal 8/21/1856  page 659</u>** *<u>"A message from the House of</u>*

16   *<u>Representatives, by Mr. Cullom, their Clerk: Mr. President: The House of</u>*

17   *<u>Representatives have passed the following resolution, in which they request the</u>*

18   *<u>concurrence of the Senate: Resolved, (the Senate concurring,) That such bills as</u>*

19   *<u>passed both Houses at the last session, and for want of time were either not</u>*

20   *<u>presented to the two Houses for the signatures of their presiding officers, or having</u>*

21   *<u>been thus signed were not presented to the President for approval, be now reported</u>*

22   *<u>or presented to the President as if no adjournment had taken place.</u>*

1    UNITED STATES DISTRCIT COURT

2    DISTRICT OF COLUMBIA

3    <u>ARGUMENT</u>

4

5    *The following message was received from the President of the United States by Mr.*

6    *Webster, his secretary:*

7    *Fellow-citizens of the Senate and House of Representatives:*

8    *In consequence of the failure of Congress, at its recent session, to make provision*

9    *for the support of the army, it became imperatively incumbent on me to exercise*

10    *the power which the Constitution confers on the Executive for extraordinary*

11    *occasions, and promptly to convene the two Houses, in order to afford them an*

12    *opportunity of reconsidering a subject of such vital interest to the peace and*

13    *welfare of the Union. With exception of a partial authority vested by law in the*

14    *Secretary of War to contract for the supply of clothing and subsistence, the army is*

15    *wholly dependent on the appropriations annually made by Congress. The*

16    *omission of Congress to act, in this respect, before the termination of the fiscal*

17    *year, had already caused embarrassments to the service, which were overcome*

18    *only in expectation of appropriations before the close of the present month. If the*

19    *requisite funds be not speedily provided, the Executive will no longer be able to*

20    *furnish the transportation, equipments, and munitions which are essential to the*

1    UNBITED STATES DISTRICT COURT

2    DISTRICT OF COLUMBIA

3    ARGUMENT

4

5    *effectiveness of a military force in the field. With no provision for the pay of the*

6    *troops, the contracts of enlistment would be broken and the army must, in effect,*

7    *be disbanded; the consequences of which would be so disastrous as to demand all*

8    *possible efforts to avert the calamity.It is not merely that the officers and enlisted*

9    *men of the army, are to be thus deprived of the pay and emoluments to which they*

10   *are entitled by standing laws; that the construction of arms at the public armories,*

11   *the repair and construction of ordnance at the arsenals, and the manufacture of*

12   *military clothing and camp equipage, must be discontinued, and the persons*

13   *connected with this branch of the public service thus be deprived suddenly of the*

14   *employment essential to their subsistence. Nor is it merely the waste consequent on*

15   *the forced abandonment of the sea-board fortifications, and of the interior military*

16   *posts and other establishments, and the enormous expense of recruiting and*

17   *reorganizing the army, and again distributing it over the vast regions which it*

18   *now occupies. These are evils which may, it is true, be repaired hereafter by taxes*

19   *imposed on the country.But other evils are involved which no expenditure,*

20   *however lavish, could remedy, in comparison with which local and personal*

21   *injuries or interests sink into insignificance. Page 660 | Page image*

1                    UNITED DISTRICT COURT

2                    DISTRICT OF COLUMBIA

3                        <u>ARGUMENT</u>

4

5   *A great part of the army is situated on the remote frontier, or in the deserts and*

6   *mountains of the interior. To discharge large bodies of men in such places without*

7   *the means of regaining their homes, and where few, if any, could obtain*

8   *subsistence by honest industry, would be to subject them to suffering and*

9   *temptation with disregard of justice and right, most derogatory to the government.*

10  *In the Territories of Washington and Oregon, numerous bands of Indians are in*

11  *arms, and are waging a war of extermination against the white inhabitants; and*

12  *although our troops are actively carrying on the campaign, we have no intelligence*

13  *as yet of a successful result. On the western plains, notwithstanding the imposing*

14  *display of military force recently made there, and the chastisement inflicted on the*

15  *rebellious tribes, others, far from being dismayed, have manifested hostile*

16  *intentions, and been guilty of outrages, which, if not designed to provoke a*

17  *conflict, serve to show that the apprehension of it is insufficient wholly to restrain*

18  *their vicious propensities. A strong force in the State of Texas has produced the*

19  *temporary suspension of hostilities there; but in New Mexico incessant activity on*

20  *the part of the troops is required to keep in check the marauding tribes which*

1    UNITED STATES DISTRICT COURT

2    DISTRICT OF COLUMBIA

3    ARGUMENT

4    *infest that Territory. The hostile Indians have not been removed from the State of*

5    *Florida; and the withdrawal of the troops there from, leaving that object*

6    *unaccomplished, would be most injurious to the inhabitants and a breach of the*

7    *positive engagement of the general government. To refuse supplies to the army.*

8    *therefore, is to compel the complete cessation of all its operations, and its practical*

9    *disbandment, and thus to invite hordes of predatory savages from the western*

10    *plains and the Rocky mountains to spread devastation along a frontier of more*

11    *than four thousand miles in extent, and to deliver up the sparse population of a*

12    *vast tract of country to rapine and murder. Such, in substance, would be the direct*

13    *and immediate effects of the refusal of Congress, for the first time in the history*

14    *of the government, to grant supplies for the maintenance of the army--the*

15    *inevitable waste of millions of public treasure--the infliction of extreme wrong*

16    *upon all persons connected with the military establishment by service.*

17    *employment, or contracts--the recall of our forces from the field--the fearful*

18    *sacrifice of life and incalculable destruction of property on the remote frontiers—*

19    *the striking of our national flag on the battlements of the fortresses which defend*

20    *our maritime cities against foreign invasion--the violation of the public honor and*

21    *good faith--and the discredit of the United States in the eyes of the civilized world.*

1    UNITED STATES DISTRICT COURT

2    DISTRICT OF COLUMBIA

3    <u>ARGUMENT</u>

4    *I confidently trust that these considerations, and others appertaining to the*

5    *domestic peace of the country, which cannot fail to suggest themselves to every*

6    *patriotic mind, will, on reflection, be duly appreciated by both Houses of*

7    *Congress, and induce the enactment of the requisite provisions of law for the*

8    *support of the army of the United States.*

9    *FRANKLIN PIERCE.*

10    *Washington, August 21, 1856.*

11    The result was **HR 135**. Our troops then had to fight side by side with the

12    enemy forces way ahead of schedule which directly resulted in more casualties!

13    Congress has not acted appropriately in this matter. The only option is this

14    court. **99 u.s. 700 union pacific railroad company v. United States and**

15    **Central pacific railroad company v. Gallatin.** *"I quote the opinion of Mr chief*

16    *justice White." It is our duty, when required in the regular course of judicial proceedings, to*

17    *declare an act of Congress void if not within the legislative power of the United States; but this*

18    *declaration should never be made except in a clear case. Every possible presumption is in favor of*

19    *the validity of a statute, and this continues until the contrary is shown beyond a rational doubt.*

20    *One branch of the government cannot encroach on the domain of another without danger. The*

21    *safety of our institutions depends in no small degree on a strict observance of this salutary rule."*

25

1          UNITED STATES DISTRICT COURT

2             DISTRICT OF COLUMBIA

3                   <u>ARGUMENT</u>

4    *"In the act of 1862, sect. 18, it was accompanied by an explanatory [99 U.S. 700, 720]  statement*

5    *showing that this had been done 'the better to accomplish the object of this act, namely, to promote*

6    *the public interest and welfare by the construction of said railroad and telegraph line, and keeping*

7    *the same in working order, and to secure to the government at all times (but especially in time of*

8    *war) the use and benefits of the same for postal, military, and other purposes' and by an*

9    *injunction that it should be used with 'due regard for the rights of said companies".*

10   **Questions 4.5** We are at war.  It seems the only way we are going to secure

11   adequate funding for this war is through a mandate for additional funds ordered

12   by this court!  I am hoping that the court could order an initial 150 billion dollar

13   cash dispersement (immediately) to the military for troops and materials under

14   United States Code TITLE 50 - WAR AND NATIONAL DEFENSE CHAPTER 15

15   - NATIONAL SECURITY SUBCHAPTER II - MISCELLANEOUS AND

16   CONFORMING PROVISIONS **Section 411. Authorization of**

17   **appropriations:** There are authorized to be appropriated such sums as may be

18   necessary and appropriate to carry out the provisions and purposes  of this Act.

19   The money is needed.  It appears that a major counter offensive is underway in

20   Iraq.  The type of attacks, method of enemy troop deployment, frequency of

21   attacks and the casualties inflicted, are not within the capabilities of the common

22   terrorist.  Our troops have encountered 8 years of continual bombing which have

26

1    UNITED STATES DISTRICT COURT

2    DISTRICT OF COLUMBIA

3    <u>ARGUMENT</u>

4

5    increased in frequency and explosive properties. The enemy is being guided and

6    funded by an undetermined source. The major concern is the explosives. The

7    following is a list of fatalities from explosive devices that have occurred within

8    the country of Iraq. Each occurred on a different day and in a different city in

9    Iraq. The power of each explosive is evident since all listed involve tanks,

10    strikers and Bradley's. On 3/15/2005 spc Sergio Gudino was killed when his m1a1

11    tank hit a roadside bomb. On 12/12/2005 Jared W. Kubasak was killed when his

12    M2A2 Bradley hit a roadside bomb. On 12/1/2005 Staff Sergeant David J. Clay

13    was killed by a modified shape charge which consisted of 4 artillery shells. On

14    1/23/2006 Staff sgt. Lance M. Chase was killed when his m1a2 Abrams tank hit a

15    roadside bomb. On 2/26/2006 Joshua M. Pearce was killed when his Stryker hit a

16    roadside bomb. Patrick Herried was killed when his Stryker hit a roadside bomb.

17    On 2/2/2006 Brain T. cox was killed when his M2A3 Bradley hit a roadside bomb.

18    On 2/22/2006 Curtis A. Howard was killed when his Bradley hit a roadside bomb.

19    On 2/20/2006 Spc Thomas J. Wilwerth was killed when his Bradley hit a roadside

20    bomb. On 2/2/2006 Walter B. Howert was killed when his Abrams tank hit a

21    roadside bomb. On 10/10/2007 Jonathon Ailahman was killed when his Bradley

22    hit a roadside bomb. In 2007 Zachary McBride was killed when he entered a

1    UNITED STATES DISTRICT COURT

2    DISTRICT OF COLUMBIA

3    <u>ARGUMENT</u>

4

5    house rigged with modified shape charges;10 died in that explosion.  6/28/2007

6    Chief warrant officer Theodore V. Church was killed when he was shot down by

7    antiaircraft fire.  On 1/16/2006 chief Warrant Officer Rey c. Kenyon was killed

8    when his ah-64d apache longhorn attack helicopter was shot down over Baghdad

9    while he was on patrol.  The size of each explosion in each attack has been large

10    enough to disable a tank.  This has taken place throughout the country of Iraq.

11    The hummvees are completely destroyed.  Smaller vehicles are completely

12    destroyed.  We have sustained over 30,000 casualties and 4000 fatalities.  The

13    MRAPS are not being delivered.  The time frame is a combat situation is a Point

14    to point b type schedule.  That is the time it takes to get from point a to point b.

15    Anything beyond that is not acceptable.  *Inter alia* our military is down 90,000

16    troops and have had to make more adjustments than any other force in the

17    history of this country.  Adjustments they should not have had to make but were

18    forced to make.  <u>U.S.C. title 50 ch 15 subchapter II Section 411</u>: *<u>necessary</u>*

19    *<u>and appropriate to carry out provisions and purposes of this act.</u>*  <u>National</u>

20    <u>defense</u>!  90,000 troops down, enemy combatants entering from Syria and Iran,

21    the betrayal of Iraqi troops we had to fight with, a counter offensive inside Iraqi

22    and no M.R.A.P. vehicles for more than 2 years created a situation that Congress

1                   UNITED STATES DISTRICT COURT

2                     DISTRICT OF COLUMBIA

3                         <u>**ARGUMENT**</u>

4

5   failed to address after the situation was laid out for them!  It was their duty.  It is

6   an assigned task under **<u>Under article I section 8 and article 1 section 10.</u>**

7   **<u>Article 1 Section 8</u>**   *<u>The Congress shall have Power To lay and collect Taxes,</u>*

8   *<u>Duties, Imposts and Excises, to pay the Debts and provide for the common Defense</u>*

9   *<u>and general Welfare of the United States; but all Duties, Imposts and Excises</u>*

10   *<u>shall be uniform throughout the United States;</u>* **<u>*Article. I. section 10*</u>**

11   *<u>No State shall, without the Consent of Congress, lay any Duty of Tonnage, keep</u>*

12   *<u>Troops, or Ships of War in time of Peace, enter into any Agreement or Compact</u>*

13   *<u>with another State, or with a foreign Power, or engage in War, unless actually</u>*

14   *<u>invaded, or in such **imminent Danger** as will not admit of delay.</u>*

15   **<u>Article 1 section 10</u>** uses the word *imminent danger as will not admit of delay.*

16   That aspect of this article is lacking in Iraq.  If the situation escalates the

17   provisions are not there!  This is a matter for this court to correct immediately!

18   **<u>Question 6</u>** The MRAPS not being delivered does not seem like a coincidence to

19   me.  The enemy had chosen the roadside bomb as his weapon of choice and has

20   anti aircraft capabilities positioned throughout Iraq to prevent air support from

21   assisting any ground patrols.  No MRAPS seems to fit the enemies conduct at

1          UINTED STATES DISTRICT COURT

2            DISTRICT OF COLUMBIA

3              <u>ARGUMENT</u>

4

5    this point in the war.  Referring to the counteroffensive by the enemy that is

6    taking place; a counteroffensive that is supported by the amount of casualties we

7    are sustaining per strike and the amount of strikes; combined with the type of

8    strikes; the roadside bomb.  The vehicles do not have to hit the roadside bombs.

9    It just has to come near the bomb and it is detonated from remote locations.  That

10   is intel.  The Contract can be pulled for non-performance or breech of contract.

11   United States Code <u>TITLE 50 - WAR AND NATIONAL DEFENSE CHAPTER 29 - NATIONAL</u>

12   <u>DEFENSE CONTRACTS *Section 1431. Authorization; official approval;*</u>

13   *<u>Congressional action; notification of committees of certain proposed obligations,</u>*

14   *<u>resolution of disapproval, continuity of session, computation of period  The President</u>*

15   *<u>may authorize any department or agency of the Government which exercises functions in</u>*

16   *<u>connection with the national defense, acting in accordance with regulations prescribed by the</u>*

17   *<u>President for the protection of the Government, to enter into contracts or into amendments or</u>*

18   *<u>modifications of contracts heretofore or hereafter made and to make advance payments thereon,</u>*

19   *<u>without regard to other provisions of law relating to the making, performance, amendment, or</u>*

20   *<u>modification of contracts, whenever he deems that such action would facilitate the national</u>*

21   *<u>defense.  The authority conferred by this section shall not be utilized to obligate the United States</u>*

22   *<u>in an amount in excess of $50,000 without approval by an official at or above the level of an</u>*

23   *<u>Assistant Secretary or his Deputy, or an assistant head or his deputy, of such department or</u>*

24   *<u>agency, or by a Contract Adjustment Board established therein. The authority conferred by this</u>*

1      UNITED STATES DISTRICT COURT

2      DISTRICT OF COLUMBIA

3      <u>ARGUMENT</u>

4

5   *section may not be utilized to obligate the United States in any amount in excess of $25,000,000*

6   *unless the Committees on Armed Services of the Senate and the House of Representatives have been*

7   *notified in writing of such proposed obligation and 60 days of continuous session of Congress have*

8   *expired following the date on which such notice was transmitted to such Committees.*

9       *For purposes of this section, the continuity of a session of Congress is broken only by an*

10  *adjournment of the Congress sine die at the end of a Congress, and the days on which either House*

11  *is not in session because of an adjournment of more than 3 days to a day certain, or because of an*

12  *adjournment sine die other than at the end of a Congress, are excluded in the computation of such*

13  *60-day period.* The mine resistant ambush protected vehicles (MRAPS) are needed

14  now.  Another Contractor whose since of urgency is in line with the general

15  running this war is appropriate and necessary to carry out the provisions of

16  National defense as stated in  <u>**U.S.C. title 50 ch 15 subchapter II Section 411**</u>:

17  *necessary and appropriate to carry out provisions and purposes of this act.*  TITLE

18  50 - WAR AND NATIONAL DEFENSE CHAPTER 15 - NATIONAL SECURITY

19  SUBCHAPTER II - MISCELLANEOUS AND CONFORMING PROVISIONS **Section 411.**

20  **Authorization of appropriations**: There are authorized to be appropriated such sums as may

21  be necessary and appropriate to carry out the provisions and purposes  of this Act (other than

22  the provisions and purposes of sections     102,In 99 U.S. 700 Justice white mentions

23  language in the act of 1862 explaining for the construction of a road to used by

24  the military to secure the government especially in a time of war. *In the act of*

31

1    UNITED STATES DISTRICT COURT

2    DISTRICT OF COLUMBIA

3    <u>ARGUMENT</u>

4

5    *1862, sect. 18, it was accompanied by an explanatory [99 U.S. 700, 720]*

6    *statement showing that this had been done 'the better to accomplish the object of*

7    *this act, namely, to promote the public interest and welfare by the construction of*

8    *said railroad and telegraph line, and keeping the same in working order, and to*

9    *secure to the government at all times (but especially in time of war) the use*

10    *and benefits of the same for postal, military, and other* **purposes'** . It states

11    **especially** in a time of war.  Our services men and women are fighting our war.

12    We must by law assist them.   I humbly seek this courts attention in this matter.

13    It is the last resort in this matter.

1    UNITED STATES DISTRICT COURT

2    DISTRICT OF COLUMBIA

3    Everett Watson

4    Plaintiff

5    Vs
     *Michael B. Mukasey, USAG*

6    United States/Congress

7    Defendant

8

9    CONCLUSION

10   I am asking this court to issue a mandate to Congress ordering them to bring the

11   troops levels up (as required by law) to perform the task in the Middle East. The

12   war effort is down 90,000 troops. I did not include the recent withdrawal of

13   Great Brittan in that figure or other countries that have withdrawn their forces

14   in late 2007/2008. I am asking this court to issue an order to congress to disperse

15   an initial sum of 150 billion dollars to the Secretary of defense for the acquisition

16   of more troops. In light of the position of the countries that withdrew their forces

17   from the war in a fashion the was advantageous to the enemy (our troops would

18   have been charged with desertion and treason if they had mirrored the acts of the

19   withdrawing forces) I suggest that Africa is the most feasible choice for the

20   acquisition of additional troops in a amount determined by the Secretary of

21   defense and his generals in charge of the war. Congressed as already voted down

22   the draft. Adequate support is required by law! I stress the word adequate! I

23

1          UNITED STATES DISTRICT COURT

2          DISTRICT OF COLUMBIA

3     believe that the lack of delivery of the MRAPS is not coincidental.  There are

4     strong implications that it is intentional.  1.) The enemies' most effective

5     weapon is the roadside bomb.  2.) The fact that the size of each roadside

6     explosion can flip tanks causing casualties and fatalities from an indirect hit.

7     3.) An unlimited supply of explosive materials being supplied from and

8     undisclosed source at this time that has sustained the offensive. 4.) The

9     counter offensive that is underway in Iraq at this present. 5.) The amount of

10    time between the order of the MRAPS and delivery to the troops is assisting

11    the enemy through lack of delivery. 6.) Our forces are 50% below the troop

12    levels now than at the start of the war and casualties inflicted at the present

13    rate from these devices will drop the troop down to an estimated 45% less

14    than at the beginning of the war; by the end of 2008.  I am asking the court to

15    issue an order to Congress for a new contract for the manufacture and

16    delivery of the MRAPS with a timetable of delivery that is appropriate in a

17    time of war.  The military can not improvise in this particular instance.

18    Your honor!  Then war plans that was drafted by the commanding officers

19    were entirely successful!  I do not want to speculate too much since war is a

20    very serious matter.  I know that additional manpower is needed!  The draft

21    was not implemented and we do not have to use the draft unless the President

22    and congress believe that it is necessary!  I requested that you issue a

1    mandate to congress for 150 billion dollars to be dispensed immediately.  The

2    emergency was established in 2004.  This is 2008 and they voted for

3    additional funds which the first check for the total amount is needed now!  I

4    can not express in words how important it is to dispense the total amount

5    now!  I have studied the Muslims efforts to date and we have made the

6    greatest impact on terror in the history of the world!  We have been silent for

7    a long time (in regards to patience) in dealing with the actions of the terrorist

8    attacks and the countries that harbor them!   We could have declared war on a

9    few of the Middle Eastern countries long before 2001!  We have been very

10   diplomatic in this area.  The kobar towers, the U.S. Cole, and U.S. Embassies

11   which are sovereign U.S. Territory!  The have directly attacked our business

12   interest's and have threatened many others that engage in business with the

13   U.S.  Kuwait was a great example of the mentality that we have to deal with!

14   We were patient even then.  The murders are numberless!  The ruler's of most

15   (if not all) of the Middle Eastern countries applaud terrorist attacks which

16   promotes more terrorism!  This is very strong evidence that suggest most if

17   not all leaders in the Middle East have terrorist ties since there have never

18   been an election or trial in the Middle East since its birth!  All rulers have

19   come to power by forming a terrorist group or being part on one that seized

20   control of their country by murdering the ruling member of the country!  They

21   say that it is their custom.  This custom results in an extreme lack of control

22   over their populace!  A leader of a Middle Eastern country (being a former

23   terrorist who knows most of the terrorist's operating in the region which he

35

1    preside over) suggests an unspoken allegiance with the terrorists operating

2    within the borders that any one middle eastern ruler presides over. If this

3    sounds presumptuous there are facts that support this position. Being

4    members of the U.N. they have not shown international courtesy or civility to

5    other nations in and about the region. The first trial in the Middle East was

6    held by the government implemented by the Bush administration! They have

7    a great position in this war which will never be achievable again! We are

8    victorious to date even with the pullout of the allied forces. That makes the

9    dispensing of the funds more important without going into detail! We can not

10   be guided by the emotions of others when it comes to our security! Our forces

11   have taken a great loss based upon the misguided stance taken by our allies!

12   We were winning when they left! We owe our forces that assistance without

13   delay or debate! There are 2 other issues that I want you to consider in

14   addition to the funds asked for. I believe that our oil companies should raise

15   the gas prices as needed to deal with the actions of the Middle Eastern oil

16   companies that have tripled this price of oil over the last 10 years. A barrel of

17   oil was under $40 dollars a barrel! It is over $120.00 a barrel! This is not a

18   business issue! It is a military issue since they are trying to stall our military

19   and our economy at the same time. The price hike was not a need based hike.

20   This second issue is a additional funding source for the war campaign. We

21   need men, supplies, and oil. I want the court to issue a mandate to the

22   appropriate department and investigate my findings that are included in this

23   complaint! Oil can be brought in from Chad! It is located in Africa! Libya

1    invaded Chad and was suppressed by the French. They were after the oil.

2    The World Bank went into an investment venture with some of the Major oil

3    companies. Shell, Exxon, Mobil and others! They built a pipeline from Chad

4    to the cost of Africa. It has been profitable!  America can do the same and

5    pay for the investment by setting up a sinking fund with Chad from the

6    profits. It will pay for additional manpower from the region and increase our

7    oil reserves while we address the Middle East! As I stated; Chad is another

8    example of Kuwait and the actions of the Middle Eastern countries! This is

9    what Libya was after. Based on the findings of Rudolph Rashad kaldany it

10   would be a good investment to expand on this venture with another loan

11   agreement to Chad, Cameroon, and others neighboring cities from the region.

12   Each loan agreement will contain a sinking fund enforceable at all times!

13   This will set an imbalance in the Middle Eastern region and undermine their

14   intentions to control oil prices and the flow of oil in the world!  I can not go

15   into military provisions and other issues along those lines since that would be

16   determined by the President and his joint chief of staffs; if and when this is

17   approved! The money is needed. The oil is needed! This will give our oil

18   companies leverage in this war started by the Middle Eastern countries! As I

19   stated when the Middle Eastern oil companies tripled their prices it was felt

20   globally! It was a military action directed against the U.S.! If an agreement

21   can be reached with congress, the President, and the African cities mentioned;

22   it would be a possible source for other needs of our military! Africa is right

23   next to the war zone and passage can be obtained easily since we are already

1    there! We as a nation must engage this enemy as a whole! If time would have

2    allowed me to present this in a more detailed fashion I would have! The war

3    did not wait for us to get prepared nor does it wait now! Our national security

4    has been breached and continually assaulted by the actions of the Middle

5    Eastern countries in more ways than one! Our troops are in harms way as

6    you read this! We must provide our men and women with all the help that is

7    at our disposal without delay! Our military have worked miracles in this

8    present conflict! This position should not be imposed upon our troops by

9    inaction! When miracles are needed it has already cost lives. If we do not act

10   we become our own worst enemy! Your honor the needs of our country and

11   our forces are of the utmost importance. This war has many hidden aspects

12   that we can not allow to develop! This area involving the enemy's tactic of

13   raising the oil prices is an immediate threat to our national security! The

14   urban terror squadrons that have wrecked havoc with the aid of Iran and

15   Syria can be dealt with when manpower has been brought back up the levels

16   at the start of the war! We have to take the lead and allow the plan that was

17   drafted in the beginning of the conflict to be re-implemented with a few

18   modifications determined by the joint chief of staffs. This war effort has to

19   include the oil companies since they are being manipulated intentionally by

20   the enemy! General Rumsfield was successful at the beginning of the war.

21   His successor had to perform a miracle due to actions he had no control over!

22   Abu gara would not have been understaffed (in enemy territory) had the troop

23   levels been maintained. We had no control over the troop levels or their

1    actions referring to the allied forces that withdrew!  Prisoners of war are not

2    citizens nor can they be released until they have been examined and it is

3    officially determined that they are no longer a threat to our forces.  It is sad

4    that the prison was on the corner of most of the p.o.w.s homes, where the

5    weapons, bombs, comrades, families, and other provisions that were being

6    used against our forces were located!  They could eat lunch from Abu Garah

7    and watch their comrades attack our troops from the lunch tables!  By law we

8    have to assist our forces by any means we have at our disposal and means

9    that can be obtained by our efforts!   The Middle Eastern countries have used

10   oil as a weapon in this war!  Libya went into Chad and was stopped by the

11   French!  The French traded nuclear technology to Iraq in exchanged for oil!  I

12   have included the reports on the petroleum project in Chad which involved an

13   American company Exxon!  Again we must fight this war as a whole and

14   address the enemy on the court that he has used against us.  Chad is a

15   platform of the war!  We can use this position to address one facet of the

16   enemy's tactics.  It is profitable!  I have included financial reports to date from

17   Chad and Cameroon and also the loan agreements that were signed by Chad

18   and Cameroon!  They can be used in many ways that is determined by the

19   President and the joint chief of staffs!  The Loan agreements are on the dvd

20   submitted with this complaint!  The war effort can be aided significantly by

21   another agreement with Chad, Cameroon, and other cities in the region!

22   Africa is part of the war on terror!  I am asking that the court investigate the

23   findings I submit as evidence of a war effort implemented by the enemy and

1  make any determination that it sees fit to benefit the United States, our

2  troops and our efforts in this present campaign!   Thank you for your time and

3  understanding in this matter!

### Project Overview



**Project summary**
The project intends to develop the oil fields at Doba in southe
Chad (at a cost of US$1.5 billion) and construct a 1,070 km p
to offshore oil-loading facilities on Cameroon's Atlantic coast
(US$2.2 billion). The sponsors are ExxonMobil of the U.S. (th
operator, with 40% of the private equity), Petronas of Malays
(35%), and ChevronTexaco of the U.S. (25%). The project coul
result in nearly US$2 billion in revenues for Chad (averaging
US$80 million per year) and US$500 million for Cameroon
(averaging US$20 million per year) over the 25-year production period.

For more see the following:

**Project Description**



The World Bank Group's participation in the petrol project that would generate revenues for Chad's poverty reduction was approved in June 2000. The project entails developing oil fields in southern Chad, building a pipeline across Cameroon to the Atlantic coast, and installing an off-shore terminal.

The oil development project extracts and carries oil from three oil fields (Miandoum, Kome and Bolobo) in the Doba basin in southern Chad to off-loading facilities off the coast of Cameroon. The construction phase comprised:

- Drilling some three hundred wells in fields in southwestern Chad that hold about 900 million barrels of oil;
- Building a 1070km (650-mile) buried pipeline from the fields across Cameroon to the coast;
- Installing an off-shore terminal facility - a "floating storage and off-loading" vessel with associated marine pipelines.

Construction of the pipeline took three years and was completed a year ahead of schedule. Petroleum production is expected to last about 25 years.

Drilling is financed and carried out by Exxon, the operator, on behalf of a 3-member oil consortium including Petronas of Malaysia, and Chevron of the U.S. By the end of 2004, 226 wells had been drilled. By September 30, 2005, about 118 million barrels of oil were produced.

The pipeline itself is owned and operated by two joint-venture companies supported by World Bank financing: one in Cameroon (Cameroon Oil Transportation Company-COTCO) and the other for the portion in Chad (Tchad Oil Transportation Company-TOTCO). The oil consortium jointly holds about 80 percent of the shares of the pipeline companies. The government of Chad holds minority interests in both pipeline companies while the government of Cameroon holds a minority interest in the Cameroon pipeline company. The governments of both countries receive revenues from these holdings (financed through about US$90 million in loans from the World Bank) and through royalties (to Chad), transit fees (to Cameroon), and taxes (to both governments).

Total project costs are estimated at $4.1 billion. The private sponsors financed about $3.5 billion or nearly 85 percent of the costs. The European Investment Bank financed about 1percent of the project costs.

The World Bank Group participated in the project by providing IBRD loans of
- $39.5 million to Chad to finance its minority holdings in TOTCO and COTCO, and
- $53.4 million to Cameroon to finance its minority holdings in COTCO .

IFC loaned $100 million each to TOTCO and COTCO in A loans and mobilized an additional $100 million each in B loans. (See **Private Sector Development**).

See the Petroleum Development and Pipeline Project Documentation for more details.

Permanent URL for this page: http://go.worldbank.org/5AEURD68L0

- **Home** |
- **Site Map** |
- **Index** |
- **FAQs**

2

**Rashad-Rudolf Kaldany**

*Director, Oil, Gas, Mining and Chemicals Department of the IFC*



**Specialization:** *Oil, gas, mining and chemicals*

**Languages:** *Arabic, French, English*

*Oil,*   **Related Links**
• Oil & Gas

Mr. Rashad-Rudolf Kaldany is the Director of the Oil, Gas, Mining & Chemicals department, a joint department of the International Finance Corporation (IFC) and the World Bank. Mr. Kaldany joined IFC in 1988 as an Investment Officer in the West Africa and Middle East department and in 1990 transferred to the Middle East and North Africa department.  From 1992 to 1994, he was Special Assistant to IFC's Executive Vice Presidents, Sir William Ryrie and Mr. Jannik Lindbaek. In 1994 he became Manager, Capital Markets division of the Asia department. In 1997, he was appointed Senior Manager, Office of the Vice President, Investment Operations.  Soon after that he was promoted to Director, South and Southeast Asia department, based in New Delhi, India. Mr. Kaldany returned to headquarters in 2000 as the Director of the Oil, Gas & Chemicals department, a joint department of the IFC and the World Bank, which merged with the Mining Department in July 2002.

Mr. Kaldany received a Ph.D. from Columbia University and an MBA from Stanford University.

*To reach this expert, please contact the World Bank's* <u>*Media Division*</u> .

- **Home** |
- **Site Map** |
- **Index** |
- **FAQs** |
- **Contact Us** |
- **Search** |
- ⌐ **RSS**

© 2008 The World Bank Group, All Rights Reserved. Legal

2

3

**Revenues and Allocations Table 2007**

2005
2006

## Chad Oil Revenues and Allocations

| | 2003-2004 | 2005 | 2006 | 2007 | cum |
|---|---|---|---|---|---|
| **EXPORTS** | | | | | |
| Oil Exports (millions of barrels) | 69,91 | 63,26 | 55,89 | 52,67 | 241,73 |
| **REVENUES(US$ mil.)** | | | | | |
| Direct Revnues | 134,552,266.94 | 265,315,271.90 | 284,402,943.14 | 316,550,683.30 | 999,821,165.28 |
| Indirect Revenues | 0 | 528,010.00 | 2,511,644.00 | 1,848,680.00 | 4,888,334.00 |
| Others | 149,262.00 | 589,461.00 | 1,444,766.58 | 575,172.76 | 2,758,662.34 |
| Total Direct Revenues | 134,701,528.94 | 265,432,742.90 | 288,359,353.72 | 318,974,536.06 | 1,007,468,161.6 |
| Share Premium | 11,859,909.40 | 10,129,829.00 | 6,945,642.00 | 9,210,101.21 | 38,145,481.61 |
| IncomeTax (TOTCO) | | 4,116,866.00 | 10,535,124.26 | 5,666,635.36 | 20,318,625.62 |
| Income Tax (Upstream) | | | 443,808,147.52 | 860,412,787.69 | 1,304,220,935.2 |
| Total Indirect Revenues | 11,859,909.40 | 14,246,695.00 | 461,288,913.78 | 875,289,524.26 | 1,362,685,042.4 |
| Total Revenues | 146,561,438.34 | 279,679,437.90 | 749,648,267.50 | 1,194,264,060.32 | 2,370,153,204.0 |

Updated on May 19, 2008.

1 Indirect revenues are paid directly to Chad's treasury.
In March 2007, a new stabilization mechanism was put in place so that oil revenues in excess of those earmarked in the budget law can be invested.

According to the principles that guide the mechanism, starting in March 2007, indirect revenues are deposited in the "Indirect Revenues Account at the Central Bank (BEAC), and follow certain allocation rules. **Those allocations are not reflected in the table above.**

1

2
3
4

5                           **TRADE CLUSTER**

6

7  **12. Type of Measure: World Price of Brent Crude Oil**
8
9  Although the type found in Chad would be considered Doba Crude Oil, the World
10  Bank calculates returns based on Brent Crude Oil in this case probably due to
11  the similarity in price and characteristics.

12  **13. Direct v. Indirect Impacts:**
13
14  The World Price of Brent Crude Oil has a definite direct affect on the project. If
15  the world price drops below the oil consortium's risk tolerance such that potential
16  political risks (like unrest or violence as has happened in other similar situations
17  in Africa) outweigh potential profit incentives then the venture will fail. With
18  Chad's current economic state it will continue to produce and sell oil as long as
19  there is any profit to be made. However, the government of Chad will depend on
20  the multinational corporations for the technical and infrastructural support to
21  sell their oil. The political atmosphere in the region will be weighed against the
22  profit to be made and that depends on the world price of brent crude oil. Other
23  factors to consider are:

24  • <u>OPEC (Organization of Petroleum Exporting Countries)</u> - There
25  may be some market influence that neighboring OPEC (Organization of
26  Petroleum Exporting Countries) countries, Nigeria and Libya, can exert
27  due to their large reserves and entrenched export mechanisms. OPEC
28  itself exerts a major influence over the world price of crude oil. OPEC
29  countries produce about 40% of the world's oil and holds more than 77% of
30  the world's proven oil reserves. As such a large unified force in the oil
31  industry, OPEC greatly influences the price of oil products on the world
32  market, and therefore the revenue that the Chad - Cameroon petroleum
33  development and pipeline project brings to Chad and Cameroon. OPEC has
34  built-in triggers to adjust production when the price per barrel goes above
35  $28 or below $22 for a "basket" sampling of oil. OPEC should not prove to

45

be an enemy of oil exploration in Chad because of the relatively small volume available. It is also in the best interest of OPEC countries to keep prices high on the world market, and consequently, high for Chad. Chad will probably not become a member of OPEC.

- **State of the US and World Economy** - A US recession would make the venture less profitable because of a drop in oil prices globally. A US recession in the near future will also definitely affect the world economy, and a global recession might significantly affect the burgeoning pipeline project. This is a potentially serious problem in light of the terrorist attacks of September 11, 2001 and potential of US recession followed by global recession, which will drive down world petroleum prices. Chad's small reserves would make Chad a marginal player in the petroleum market globally, although fewer restrictions environmentally and socially might counterbalance its small reserves and keep it a desirable place for the multinational corporations to continue extracting oil. Even though production will not start prior to 2003, the current state of the economy and its state in the short term will affect the attitude towards investment in risky operations on the part of the multinational corporations involved in this project.

## 14. Relation of Trade Measure to Environmental Impact

a. Directly Related to Product: **Yes, Oil**

b. Indirectly Related to Product: **No**

c. Not Related to Product: **No**

d. Related to Process: **Yes, Habitat Loss**

## 15. Trade Product Identification: Oil

## 16. Economic Data

Chad has an estimated 917 million barrels of crude oil that has yet to be tapped. Extraction and export of oil from Chad should begin by the end of 2003. At an average future price of $15.25 US per barrel, total revenues should be approximately $14 billion US over the next 25-30 yrs. Chad should see revenues of nearly $1.8 billion US and a dramatic improvement in physical infrastructure while Cameroon will realize about $540 million US from the charges arising from the transport of Chad's oil and the use of the pipeline to transport the oil to the Atlantic offloading dock.

With the World Bank's help the government of Chad has developed the "Strategy for the Management of the Petroleum Economy" (WB19343, pg. 95) which sets

forth a plan to use the new revenues in a socially responsible way. This strategy is the basis for the Revenue Management Program, which was written into law by the parliament of Chad under President Idriss Deby on December 30, 1998. Act No. 001/PR/99 concerning Oil Revenues Management does seven basic things (WB19343, pg. 96) :

1. Allocates 10% of royalty and dividend revenues to the Future Generations Fund (to be held in trust)
2. Directs the balance of royalties and dividend revenues to special accounts to be held in local banks
3. Allocates 80% of these funds (of number 2) to five priority sectors in accordance with Parliamentary approved budgets - *education, health and social services, rural development, infrastructure, and environment and water resources*
4. Allocates 5% of royalties to the producing region
5. Allocates during the first five years 15% of royalties and dividends to financing government expenditures
6. Establishes the Government / civil society oversight committee
7. Sets up various auditing and reporting mechanisms including audits of the special accounts and the Future Generations Fund

In keeping with the spirit of the 1998 law President Deby was quoted in June 2000 as saying:
**"We need to create higher institutions of learning so that our children and our brothers can stay home to learn what is needed instead of going to the four corners of the world to look for knowledge."**(AFROL)
A bonus sum of US$25 million was paid (partial payment) to the government of Chad in August, 2000 as a signing bonus. President Deby had earlier affirmed that the money would be used in the spirit of the 1998 law, although the signing bonus wasn't covered by any World Bank agreement. In September, 2000 a World Bank / IMF mission sent to assess Chad's inclusion in debt relief under HIPC found that US$15 million of the bonus had already been paid out with US$4.5 million spent on military expenditures (30% of the US$15 million and 18% of the total US$25 million). The World Bank and IMF suggested to the government of Chad that the remaining funds be frozen and governmental oversight mechanisms be put in place to oversee the remaining funds. It went on to say that without the completion of these actions there would be no offer of debt relief under HIPC. In April 2001, the government completed these actions including the adoption of a budgetary amendment allocating 100% of the remaining bonus funds to priority spending by the Petroleum Revenues Oversight Committee. Chad received debt relief under HIPC in May, 2001 (BONUS, pp. 1-2).

**17. Impact of Trade Restriction: Low**

**18. Industry Sector: Energy**

47

**19. Exporters and Importers: Chad-Cameroon and Mainly the Industrialized West**

To get a general view of the petroleum industry worldwide and who imports / exports the most, the following two tables identify the major world players (see Table 1 - OPEC). Chad is expected to produce approximately 917 million barrels of oil over its 28 year lifespan resulting in less than 90,000 barrels per day on average, a very small player in the world petroleum market.

(Table 1)

**_World's Top 10 Producers of Oil and Oil Products (1,000 barrels per day)_**

| Country | Oil Production | Crude Oil Exports | Exports of Refined Petroleum Products |
|---|---|---|---|
| U.S. | 9,278 | 110 | 835 |
| S. Arabia* | 9,159 | 7,079 | 835 |
| Russia | 6,074 | 2,694 | 1,039 |
| Iran* | 3,721 | 2,512 | 205 |
| Mexico | 3,523 | 1,718 | 126 |
| Venezuela* | 3,329 | 2,144 | 759 |
| China | 3,198 | 313 | 135 |
| Norway | 3,152 | 2,883 | 270 |
| UK | 2,901 | 1,628 | 639 |
| Canada | 2,694 | 1,170 | 715 |

*OPEC country

**_World's Top 10 Importers of Oil and Oil Products (1,000 barrels per day)_**

| Country | Crude Oil Imports | Imports of Refined Petroleum Products |
|---|---|---|
| U.S. | 8,706 | 2,002 |
| Japan | 4,293 | 1,190 |
| S. Korea | 2,244 | 482 |
| Germany | 2,233 | 956 |

48

| France | 1,828 | 348 |
| Italy | 1,732 | 540 |
| Spain | 1,195 | 338 |
| Netherlands | 1,157 | 915 |
| Singapore | 1,038 | 554 |
| UK | 826 | 414 |

Chad is considered a very small producer on the world oil market.

Identification | Legal Cluster | Geographic Cluster | Trade Cluster | Environment Cluster | Other Factors

Last Updated December 12, 2001



## ENVIRONMENTAL CLUSTER

**20. Environmental Problem Type:** (picture courtesy of Amnesty USA)

According to the World Bank some environmental threats associated with this project are as follows (but not limited to) (WB19343, pg. 31):

- Direct and Induced Impacts related to the development of the Doba Basin
- Impacts on Biodiversity (associated with pipeline construction and maintenance)
- Oil Spills (pollution of groundwater and surface waters shared by other nations)
- Impacts on International Waterways (such as Lake Chad and regional rivers)

49

The World Bank has developed an environmental management plan for the project which includes (WB19343, pg. 131):
"(i) measures to mitigate biodiversity loss through environmental offsets, (ii) provisions for compensation and, where necessary, resettlement of affected people, (iii) programs to offset the indirect impacts of the project on local communities, including indigenous people, and (iv) an oil spill contingency plan as well as (v) all of the normal environmental precautions associated with oilfield development and with building and operating a pipeline and an offshore loading facility"

There are also environmental issues surrounding the offshore offloading facility on Cameroon's Atlantic coast. An oil spill there would severely affect the ability of people living in the area to fish and maintain their livelihood, not to mention the fouling of the surrounding beaches and loss of wildlife and flora.

Further Risks and Problems identified by Friends of the Earth International as possibly happening are as follows (FOEI, pp. 7-9):

- **Endangering of Food Security** - the use of arable land in the Doba Basin (which is some of the richest land in Chad) for oil exploitation will reduce the land under cultivation and would pollute the region in the case of a major oil spill or pipeline break.
- **Diminishing of the Fresh Water Supply** - fresh water scarcity is already a large problem in Chad. Oil well drilling will require massive amounts of water making the scarcity even worse. To meet the drilling demands, Exxon plans to drill wells far deeper than those used by local peoples possibly causing a drop in groundwater level and causing more shallow wells to dry up.
- **Destroying Forests and Fragile Ecosystems in Cameroon** - The pipeline will traverse several major rivers (17 major river crossings) and rainforests (Atlantic Littoral forests) within Cameroon. The construction itself and the roads needed to maintain the pipeline could have a very serious negative impact on biodiversity and uncontrolled forest exploitation through illegal logging and hunting (such as rare plant and animal species export). Cameroon's estimated annual deforestation is one of the highest in the world at 0.6% (EDF, pg.10).
- **Greenhouse Gas Production and Climate Change** - If greenhouse gas emissions produced by oil consumption is a cause of global warming then the exploitation of an estimated 900 million barrels of oil in Southern Chad will only cause more climate change. Most of this oil consumption will be by America and Europe with a very small part used by the population of Chad or Cameroon.

## 21. Name, Type, and Diversity of Species

Name: Many types of flora and fauna found in Cameroon's Atlantic Littoral forests will be affected, gorillas and chimpanzees major among them (EDF, pg.11). The forest itself could be affected by logging and overuse because of better access.

Type:

Diversity:

**22. Resource Impact and Effect: High and Product**

**23. Urgency and Lifetime: Medium and 10 Years** (although effects will be seen after construction starts in 2003)

**24. Substitutes: Conservation** and slower, more sustainable, use of the oil reserves and rerouting of the pipeline in the more sensitive forest areas of Cameroon.

Identification | Legal Cluster | Geographic Cluster | Trade Cluster | Environment Cluster | Other Factors

Last Updated December 12, 2001

# OTHER FACTORS

## 25. Culture:

Several social problems may occur as a result of the pipeline project. Some to consider are (FOEI, pp. 7-9):

- **Increased incidence of HIV/AIDS and other social problems -** Though not strictly an environmental problem the development of the oil fields and construction of the pipeline will inevitably introduce new people into the region. Where HIV-infected workers interact with the local population, the level of HIV incidence could rise among people who are not educated in prevention or even the basics of HIV/AIDS. Other social

1  problems like prostitution and increased alcohol consumption are
2  reportedly already rising in the area.

3  • **Increased Corruption** - In the African context oil development has
4  almost always led to higher corruption rates (at least initially) and low
5  equity on the part of the population. Cameroon topped the world's most
6  corrupt nation list in 1998 and 1999. Oil development could help foster an
7  even more corrupt atmosphere in both Chad and Cameroon reducing the
8  people's equity in their own country and ability to have a voice in their
9  government.

10  • **Impact on Cameroon's Forest Communities** - The Bakola, "Pygmy",
11  peoples as well as some Bantu peoples depend on the forest for their
12  livelihood. They have few property rights now, and with increased access
13  to the forest the likelihood of them losing even more of their land and
14  livelihood is only increased.

15

16  **26. Trans-Boundary Issues: No**

17  **27. Rights:**

18  There are several issues involving rights to be considered. **Human Rights** and
19  **Property Rights** are two such issues heavily involved in the Chad-Cameroon
20  Pipeline project.

21  Human Rights in Chad and Cameroon

22  The 1999 Country Reports on Human Rights Practices authored by the US State
23  Department summarized Chad's human rights practices as remaining poor, and
24  there are continued "serious problems in many areas" including restrictions on
25  citizens' right to change the government, extrajudicial killings, and other
26  physical abuses carried out by the state security forces (army, gendarmerie,
27  police, National and Nomadic Guard, Rapid Intervention Force, and the National
28  Security Agency). The same report for Cameroon showed similarly poor human
29  rights practices. (USDSChad & USDSCam)

30  *Chad's 2001 Presidential Elections:* In May, 2001, shortly after Presidential
31  elections in which President Idris Deby was re-elected, Chadian security forces
32  seized six opposition leaders, all of whom had contested the election results. One
33  of these detainees was Yorongar Ngarleyji who was an outspoken opponent of the
34  pipeline project prior to the elections. Yorongar had filed a request in April, 2001
35  with the World Bank's Independent Inspection Panel to investigate claims that
36  deficiencies in the pipeline project design had and would lead to damage to
37  residents and the environment in the project area. According to Amnesty
38  International Chadian security forces have killed more than 200 unarmed

1    civilians in the Doba oil region. No investigations into the killings have taken
2    place. (AMNUSA)

3    **28. Relevant Literature**
4
5
6    **Acronyms in Red are Parenthetical Reference Codes and are used**
7    **throughout the text to refer to the following literary and web sources.**
8
9
10    **(AFROL)***"Chad-Cameroon Pipeline Finally Under Closer Supervision"* -
11    AFROL News. Available at http://afrol.com/ms_index.htm
12
13    **(AMNUSA)***"Chad Cracks Down on Dissent"* - Amnesty International USA.
14    Available at http://www.amnestyusa.org/justearth/countries/chad-
15    cameroon2.html
16
17    **(BONUS)***"Note on the Use of the Petroleum Bonus"* - World Bank Group;
18    June, 2001.
19
20    **(DEV)***"Declaration on the Right to Development"* - UN High Commissioner
21    for Human Rights (UNHCHR). Available at
22    http://www.unhchr.ch/html/menu3/b/74.htm; adopted December, 1986.
23
24    **(EDF)***"The Chad Cameroon Oil and Pipeline Project: Putting People and*
25    *the Environment at Risk"* - Environmental Defense Fund, USA. Available at
26    http://www.environmentaldefense.org/pubs/Reports/ChadCameroon/pipeline.pdf;
27    Sept, 1999.
28
29    **(EIA)***"Chad Country Analysis Brief"* - Energy Information Administration, US
30    Department of Energy. Available at http://www.eia.doe.gov/emeu/cabs/chad.html;
31    Last updated April 3, 2001.
32
33    **(ESSO)***"EssoChad Executive Summary and Update"* - ESSO. Available at
34    http://www.esso.com/eaff/essochad/documentation/summary/1.html;
35
36    **(FOEI)***"Broken Promises - The Chad Cameroon Oil and Pipeline Project;*
37    *Profit at Any Cost?"* - Friends of the Earth International. Available at
38    http://www.foei.org/; June, 2001.
39
40    **(INDIG)***"Convention (No. 169) concerning Indigenous and Tribal Peoples*
41    *in Independent Countries"* - UN High Commissioner for Human Rights
42    (UNHCHR). Available at http://www.unhchr.ch/html/menu3/b/62.htm; adopted
43    June, 1989; entry into force Sept 5, 1991.
44
45    **(OPEC)***"OPEC Fact Sheet"* - Energy Information Administration, US

1  Department of Energy. Available at http://www.eia.doe.gov/emeu/cabs/opec.html;
2  Last updated Sept. 6, 2001.
3
4  (Statement)*"Statement to the European Parliament's Development
5  Committee"* - World Bank Group; June 21, 2001.
6
7  (USDSCam)*"1999 Human Rights Reports - Cameroon"* - US Department of
8  State. Available at
9  http://www.state.gov/www/global/human_rights/1999_hrp_report/; February 25,
10  2000.
11
12  (USDSChad)*"1999 Human Rights Reports - Chad"* - US Department of State.
13  Available at http://www.state.gov/www/global/human_rights/1999_hrp_report/;
14  February 25, 2000.
15
16  (WBOVER)*"Project Overview"* - World Bank Group. Available at
17  http://www.worldbank.org/afr/ccproj/project/pro_overview.htm; Last updated July
18  18, 2001.
19
20  (WB19343)*"Project Appraisal Document - 19343 AFR"* - World Bank Group.
21  Available at http://www-
22  wds.worldbank.org/servlet/WDSContentServer/WDSP/IB/2000/10/21/000094946_
23  00102111244720/Rendered/PDF/multi_page.pdf
24
25  *"International Covenant on Economic, Social and Cultural Rights"* - UN
26  High Commissioner for Human Rights (UNHCHR). Available at
27  http://www.unhchr.ch/html/menu3/b/a_cescr.htm; adopted Dec, 1966; entry into
28  force Jan 3, 1976.
29
30  *"International Convention on Civil Liability for Oil Pollution Damage
31  (CLC), 1969"* - UN International Maritime Organization (IMO). Available at
32  http://www.imo.org/Conventions/mainframe.asp?topic_id=256&doc_id=660
33
34  *"International Convention for the Prevention of Pollution from Ships,
35  1973, as modified by the Protocol of 1978 relating thereto (MARPOL
36  73/78)"* - UN International Maritime Organization (IMO). Available at
37  http://www.imo.org/Conventions/contents.asp?doc_id=678&topic_id=258
38
39  *"Universal Declaration of Human Rights"* - UN High Commissioner for
40  Human Rights (UNHCHR). Available at
41  http://www.unhchr.ch/udhr/lang/eng.htm; adopted June, 1989; entry into force
42  Sept 5, 1991.

43

54

1
2
3

4   Identification | Legal Cluster | Geographic Cluster | Trade Cluster |
5   Environment Cluster | Other Factors

6   Last Updated December 12, 2001

| Mandala Home | Trade Environment Database | Inventory of Conflict and Environment | Global Classroom |
|---|---|---|---|
| | Etown | Environment, Statistics and Policy | Site Map |

7

8   Update: Chad's Oil Revenue
9   n the second half of 2007, project payments for various royalties, taxes, fees,
10  permits and duties added up to $462 million for a total of $1,220 million paid in
11  2007. Thus, the project paid to Chad about one-and-one-half times the amount
12  paid in 2006. Chad's total revenue since the project began has reached $2.5
13  billion.At this time, high worldwide oil prices continue to yield higher than
14  expected total revenues for Chad, even though the volume of oil has been lower
15  than originally planned.
16  Context: How
17  Chad Earns Its
18  Revenue
19  Update: Chad's Oil Revenue
20  85
21  • As Chad entered the world oil market, crude oil prices were unusually high
22  and rising. The rising trend continued from 2004 through 2007.
23  • As overall worldwide oil prices rose they lifted the market price of Chad's
24  "Doba Blend" oil as well. Fundamental characteristics of Doba Blend oil make
25  it more difficult for refineries to process and thus less attractive to the
26  marketplace. A "heavy" oil like Doba Blend draws a lower price than a "light"
27  oil such as the widely reported benchmark Brent crude.
28  However, it is important to note that it is not possible to predict how long
29  revenues for Chad will continue at their present elevated level.
30  • So far, annual crude oil sales revenues have surpassed original estimates even
31  though Doba crude's quality puts its market value below the benchmark Brent

1  North Sea crude generally reported by the popular news media.
2  • Extracting oil from Chad's oilfields has been technically challenging and as a
3  result the average daily production output of crude oil has been lower than
4  expected. As the oilfields mature, output will naturally decline.
5  • Calculations of the corporate income tax on the oil sale profits also depend on
6  depreciation of capital expenditures for new facilities and improvements over
7  time, as set out in the oil conventions.
8

Oil

***Libya has the largest proven oil reserves in Africa. The country hopes to increase oil production capacity through increasing exploration and EOR projects.***

Libya, a member of the Organization of Petroleum Exporting Countries (OPEC), holds the largest proven oil reserves in Africa, followed by Nigeria and Algeria (see graph below). According to *Oil and Gas Journal (OGJ),* Libya had total proven oil reserves of 41.5 billion barrels as of January 2007, up from 39.1 billion barrels in 2006. About 80 percent of Libya's proven oil reserves are located in the Sirte basin, which is responsible for 90 percent of the country's oil output. Libya remains "highly unexplored" according to reports by *Wood Mackenzie*, and only around 25 percent of Libya is covered by exploration agreements with oil companies. The under-exploration of Libya reflects the impact of former sanctions and also stringent fiscal terms imposed by Libya on foreign oil companies.





Source: *Oil and Gas Journal, January 2007*

9
10  <u>ATTORNEY: PRO SE</u>
11  <u>PLAINTIFF</u>: Everett Watson
12  STREET: 522 WOLF ST #3
13  CITY: KILLEEN, TEXAS
14  ZIP CODE: 76541
15  PHONE NUMBER: (254) 501-8691

| □ **G.** *Habeas Corpus/ 2255* | □ **H.** *Employment Discrimination* | □ **I.** *FOIA/PRIVACY ACT* | □ **J.** *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| □ **K.** *Labor/ERISA (non-employment)* | ■ **L.** *Other Civil Rights (non-employment)* | □ **M.** *Contract* | □ **N.** *Three-Judge Court* |
|---|---|---|---|
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

◉1 Original Proceeding  □ 2 Removed from State Court  □ 3 Remanded from Appellate Court  □ 4 Reinstated or Reopened  □ 5 Transferred from another district (specify)  □ Multi district Litigation  □ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 701    ADMN. PROC. ACT

---

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS □ ACTION UNDER F.R.C.P. 23  **DEMAND $** Check YES only if demanded in complaint  **JURY DEMAND:** □ YES  □ NO

**VIII. RELATED CASE(S) IF ANY** N.F. (See instruction)  □ YES ◉ NO  If yes, please complete related case form.

**DATE** 6.18.08  **SIGNATURE OF ATTORNEY OF RECORD** NOT SIGNED

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\Forms\js-44.wpd

08-1058
CKK

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

**I (a) PLAINTIFFS**

Everett Watson

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Bell
**(EXCEPT IN U.S. PLAINTIFF CASES)**

(WP)

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Pro Se
522 Wolf St.
#3
Killeen, TX.
76541

**DEFENDANTS** Michael B. Mukasey +
U.S. Congress

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:08-cv-01058
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 6/18/2008
Description: Admn. Agency Review

---

**II. BASIS OF JURISDICTION**

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☒ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

②