UNITED STATES DISTRICT COURT
DISTRICT OFCOLUMBIA

| | |
|---|---|
| Everett Watson<br>Plaintiff<br><br>Vs<br><br>Micheal Mukasey United States Attorney General and<br>United States/Congress<br><br>Defendant | ) CASE NUMBER: 08-1058<br>) JUDGE: COLLEEN,KOLLAR-KOTELLY<br>) PROOF OF SERVICE<br>) DATE: 7/10/2008<br>)<br>)<br>)<br>)<br>) |

## PROOF OF SERVICE

I (Everett Watson) the appellant in the above captioned case state that I have sent copies of the complaint and brief to the U.S. Attorney General for the United states and the Attorney General for the district of Columbia at the address's listed below. It was sent by regular U.S. mail from Killeen, Texas 76541 on 7/10/2008!

ATTORNEY: PRO SE
PLAINTIFF: Everett Watson
STREET: 522 WOLF ST #3
CITY: KILLEEN, TEXAS  76541
PHONE NUMBER: (254) 501-8691

ATTORNEY: ATTORNEY GENERAL MICHEAL B. MUKASEY
DEFENDANT: UNITED STATES/ CONGRESS
STREET: 950 PENNSYLVANIA AVENUE, NW
CITY: WASHINGTON DC 20530-0001
PHONE NUMBER: (202) 353-1555

**United States Attorney for the District of Columbia Jeffery Taylor**
**Defendant:** United States /Congress
Street: 555 4th Street, nw
City: Washington
State: D
Zip code:  20530
Phone Number: 202-514-7566