UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Everett Watson                          ) Date: 7/13/2008
<u>Plaintiff</u>                                ) Case : 1:08-cv-01058
                                        ) Judge: Kollar-Kotelly, Colleen
Vs                                      )
                                        )
Micheal Mukasey,U.S.A.G.                )
United states/Congress                  )
<u>Defendant</u>                               )

<u>REPLY BRIEF</u>

<u>ATTORNEY: PRO SE</u>
<u>**PLAINTIFF**</u>: Everett Watson
STREET: 522 WOLF ST #3
CITY: KILLEEN, TEXAS  76541
PHONE NUMBER: (254) 501-8691

<u>**ATTORNEY: ATTORNEY GENERAL MICHEAL B. MUKASEY**</u>
<u>**DEFENDANT**</u>: UNITED STATES/ CONGRESS
STREET: 950 PENNSYLVANIA AVENUE, NW
CITY: WASHINGTON DC 20530-0001
PHONE NUMBER: (202) 353-1555

<u>**United States Attorney for the District of Columbia Jeffery Taylor**</u>
<u>**Defendant**</u>: United States /Congress
Street: 555 4th Street, nw
City: Washington
 State: D
Zip code:  20530
Phone Number: 202-514-7566

# RECEIVED

JUL 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Everett Watson                              ) Date: 7/13/2008
<u>Plaintiff</u>                            ) Case : 1:08-cv-01058
                                            ) Judge: Kollar-Kotelly, Colleen
Vs                                          )
                                            )
Micheal Mukasey,U.S.A.G.                    )
United states/Congress                      )
<u>Defendant</u>                            )

<u>REPLY BRIEF</u>

<u>**JURISDICITION:**</u> The district court has jurisdiction in this matter under the U.S.C. Title 28 Judiciary and Judicial procedure part iv- Jurisdiction and venue chapter 85 - District courts jurisdiction Section 1331 Federal question and Section 1346 in which the United States is a defendant and there is a Constitutional question.

<u>**PROOF OF SERVICE:**</u> I (Everett Watson) the plaintiff in the above captioned case state that I have sent copies of this reply brief to the defendants at the address listed below.  It was sent by regular mail by the U.S.P.S. on 11/19/2008 from Killeen, Texas zip code 76541!

<u>ATTORNEY: PRO SE</u>
<u>**PLAINTIFF**</u>: Everett Watson
STREET: 522 WOLF ST #3
CITY: KILLEEN, TEXAS  76541
PHONE NUMBER: (254) 501-8691

<u>**ATTORNEY: ATTORNEY GENERAL MICHEAL B. MUKASEY**</u>
<u>**DEFENDANT**</u>: UNITED STATES/ CONGRESS
STREET: 950 PENNSYLVANIA AVENUE, NW
CITY: WASHINGTON DC 20530-0001
PHONE NUMBER: (202) 353-1555

<u>**United States Attorney for the District of Columbia Jeffery Taylor**</u>
<u>**Defendant**</u>: United States /Congress
Street: 555 4th Street, nw
City: Washington
 State: D
Zip code:  20530
Phone Number: 202-514-7566

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Everett Watson                              ) Date: 7/13/2008
Plaintiff                                   ) Case : 1:08-cv-01058
                                            ) Judge: Kollar-Kotelly, Colleen
Vs                                          )
                                            )
Micheal Mukasey,U.S.A.G.                    )
United states/Congress                      )
Defendant                                   )

## REPLY BRIEF

## TABLE OF CONTENTS

1.) COVER PAGE                    PAGE  1
2.) JURISDICITION                 PAGE  2
3.) PROOF OF SERVICE              PAGE  2
4.) TABLE OF CONTENTS             PAGE  3
5.) STATUES AND CASES CITED       PAGE  4,5
6.) ARGUMENT AND LAW              PAGE  6
7.) CONCLUSION                    PAGE 26
8.) APPENDIX                      PAGE 27

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Everett Watson | ) Date: 7/13/2008 |
| Plaintiff | ) Case : 1:08-cv-01058 |
| | ) Judge: Kollar-Kotelly, Colleen |
| Vs | ) |
| | ) |
| Micheal Mukasey,U.S.A.G. | ) |
| United states/Congress | ) |
| Defendant | ) |

### REPLY BRIEF

### STATUES AND CASES CITED

1.) US code TITLE 50 WAR AND DEFENSE CH 35 SECTION 1701 p14,
2.) US code TITLE 50 WAR AND NATIONAL DEFENSE CH 29 SECTION 1431 p16
3.) US code TITLE 28 JUDICIARY AND JUDICIAL PROCEDURE PART IV JURISDICITION AND VENUE CHAPTER 85 DISTRICTS, JURISDICITION SECTION 1346 United states as a defendant p2
4.) US code TITLE 28 JUDICIARY AND JUDICIAL PROCEDURE PART IV JURISDICITION AND VENUE CHAPTER 85 DISTRICTS, JURISDICITION SECTION 1331 federal question. P2
5.) U.S. Constitution article 1 section 8 pg 10
6.) U.S. Constitution article 1 section 10 pg 10 p18
7.) U.S. Constitution Article 2 Sanctions implementing Presidential directives!  p17
8.) US code title 22 ch 9 subch 1 War materials section 421 p15
9.) US code title 22 ch 9 subch 1 War materials section 422 p15
10.)      US code Title 22 ch 9 subch 3 section 461 p23,
11.)      US code Title 22 ch 24A section 1961 p15
12.)      US Code Title 22 ch 24A Section 1962
13.)      Proclamation 7463 p6,
14.)      Executive order 13223 p6
15.)      Executive order 13315 p6 p8
16.)      Proclamation 8098 p6, p15 p19
17.)      H con res 108 4/7/2003 p8,
18.)      H con res 133 4/1/2003 p8, pg 10
19.)      H con res 628 p12,
20.)      HR 5875
21.)      HR 4483 9/18/2002HR 4546
22.)      HR 379 4/9/2002  p7
23.)      Title 28 Usc 1252
24.)      Title 28 Usc 1651

25.)     U.S. Supreme court Bernardin v Duell 172 U.S. 576 (1899) p 13,
26.)     U.S. Supreme court us v union pacific railroad 1878
27.)     U.S. Supreme court national railroad passenger corporation vs Atchison, Topeka & Santa fee
         470 u.s. 451
28.)     U.S. supreme court Ashton vs Cameron county water improvement dist 298 U.S. 513 91936)
29.)     Cheney Vice president of the united states v united states district court for the district of
         Columbia certiorari to the united states court of appeals for the district of Columbia circuit 03-475 p9
         p10, p11, p12,
30.)     Board of regents of the university of Wisconsin system v Southworth  98-1189
31.)     Cherokee nation of Oklahoma v Leavitt, secretary of health and human services
32.)     Norton, secretary of the interior v Southern Utah wilderness alliance

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Everett Watson | ) Date: 7/13/2008 |
| Plaintiff | ) Case : 1:08-cv-01058 |
| | ) Judge: Kollar-Kotelly, Colleen |
| Vs | ) |
| | ) |
| Micheal Mukasey,U.S.A.G. | ) |
| United states/Congress | ) |
| Defendant | ) |

## ARGUMENT AND LAW

Your honor my case against the Congress revolves around a legal issue that clearly suggest Congress

acted in a manner that was usurpation of power and a clear lack of discretion which embarrassed the

President of the United states and the expertise of the Armed forces of the United States of America by

refusing to fund the war and actually bartering funds which they are constitutional mandated to supply to

the armed forces in a time of war.  Two positions that congress took (which directly affected me) was

6

one they refused to fund the war campaign and they refused to implement the draft. This was at a time when the military was in need of additional manpower. Congress was supposed to be that source! The only choice that the armed forces had would be to call prior military back into service which would include me! The military did just that! After 9/11/2001 I went to New York to volunteer in the rescue effort. I was expected to get called up while I was in New York. It was a national emergency. ***The President issued proclamation 7463-Declaration of national emergency by reason of certain terrorists attacks and then the President issued executive order 13223-ordering the ready reserves of the armed forces to active duty and delegating certain authorities to the secretary of defense and the secretary of transportation!*** Mayor Giuliani issued a public request for volunteers at the world trade center which was eventually called Ground Zero. The death toll was astronomical at that point. The pentagon was hit and which I am sure you are aware that the last aircraft was overtaken and crashed in Pennsylvania which some believed that it was headed for the **White House**. As the death toll mounted at ground zero the military and other security agencies began looking for those responsible! One particular interview stuck in my mind. It was that with Iraqi President Saddam Hussein! He was directly asked did he order the attack on the United States. He pondered the question for a minute and the he responded and said "no I did not.......but I salute you"! I had been researching the Middle Eastern Islamic faith and what they believed also the reports from the Department of Defense on terrorist attacks. When Saddam Hussein said "I salute you" it implied that he knew who had committed the attacks! His comment was not whoever you are I salute but "I salute you"! This might sound presumptuous but it sounded that He knew who had planned the attack and applauded their success. After I read some of the 51 biographies that he authorized (detailing his attempted overthrow of the government of Iraq (which failed)) and his life in exile living underground in the terrorist network; then in Syria! His arrest and capture and the pending execution! The successful overthrow of the government which was scheduled to execute him

7

by his cousin who killed the ruler of Iraq! The ruler of Iraq and his brother would die at the hands of

Saddam or his cousin. It was written that one the brothers ruling Iraq pardoned Saddam and it would be

their fatal mistake. A Saddam cousin released him from prison, jail or confinement and made him a

general in the Iraq army. Then it is written that the ruler (Saddams cousin) who released Saddam from

prison grew ill and handed over the government to Saddam. The men who aided Saddam during his

exile were executed. His words were that" I promised you all jobs and I have kept my promise". He

then ordered them to the side and shot them all. After that he assumed the throne. It was called the only

bloodless coup in Iraq history but it was bloody. This is detailed in the bio of Saddam Hussein. When

Saddam said that "I salute you" on national television to those who committed the attacks on the world

trade center and the pentagon; the words he authorized to be written of him reinforced my belief in his

assistance to those who committed the attacks on the world trade center! Even though Osama confessed

to the event there is more evidence that Saddam had direct knowledge and possible communications

with the attackers. With this in mind I knew we were going to war and Iraq would be the most logical

target. They had they most to gain. *The President issued executive order 13315 national emergency*

*Iraqi fund.* The big question was what did they have to use against us. Weapons of mass destruction

kept surfacing. That is only one aspect of warfare. They had enough scuds and other ballistic missiles

that could do atomic damage! They had already developed a long range scud with a 945 kilogram

payload. They split the payload to increase the distance. If they split 100 scuds that had a payload of

945 kilograms and put they remainder in one pile. That pile of explosives would have the explosive

properties of 8 small nuclear warheads. This was based on information provided by the **James Martin**

**weapons payload chart** in part. The upgraded i.d.e.s that the Iraq's are using in Iraq (which are

destroying the Bradley's and the Abrams) are proof of the modifications that the Iraqi troops are making

with the scuds or other explosives that are being provided by the Syrians, Russians, France (who sold

Iraq nuclear technology and possibly nuclear war heads), Iran and other cold war enemies in the region! Congress was in step with the armed forces. *H con res 108 4/7/2003, hr con 133 4/1/2003. HR 379/2002.* In one these resolutions they were aware of the threat that was put upon our force's in Iraq by Russia and Syria! Which reinforces my point of the need for more troops and the way congress (clearly aware of the additional support to Iraq from Russia and Syria) yet began to refuse funding by bartering funds for complete withdrawal and timelines. There were instances of complete refusal in some cases. Congress does have the right to act in certain areas without argument. I requested this court to issue a mandate to congress for the funds needed without hesitation. The President does have executive privileges and veto power but did not use either to secure the funds needed for the war campaign. That would have resulted in a larger fight between both bodies. Mandamus is needed in this situation. *In Richard B Cheney, vice president of the United States v United states district court for the district of Columbia it states that "the common law writ of mandamus against a lower court is codified at 28 usc 1651 (a) "the supreme court and all courts established by act of congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principle of law" this is a drastic and extraordinary remedy reserved for really extra ordinary cases"ex parte fahey 332us 258 259-260(1947) " the traditional use of the writ in aid of appellate jurisdiction both at common law and in the federal courts has been to confine (the court against which mandamus is sought) to a lawful exercise of its prescribed jurisdiction roche v evaporated milk assn 319 us 21,26 91943) although courts have not confined themselves to an arbitrary and technical definition of jurisdiction "will vs united states 389 us 90, 95 (1967) "only in exceptional circumstances amounting to a judicial 'usurpation of power ' "ibid or a "clear abuse of discretion bankers life and causality v Holland 346 us 379, 383 (1953)" will justify the invocation of this extra ordinary remedy" will 389 us at 95.* A **clear abuse of discretion** occurred on more than one

occasion. **Usurpation** is obvious. Your honor the forces in Iraq had identified Syrian and Iranian

soldiers entering into the war in aid of Iraq. At this time we were not fighting with the Iraq soldiers.

The situation got worse when the allied forces began to pull out! It was not a quiet pullout. It was

broadcast ed on National T.V.! The enemy responded as our troops stayed the course! I spare the court

detailed results as did the President and his chief spokesman. He did exercise executive privileges!

Here the Generals in charge of our forces had to work a miracle in a situation that was not the brainchild

of the enemy! One of the most difficult choices the leaders in command has to make when you are

undermanned and under attack is how to minimize loss of life. Especially when you're told that there is

no more troops coming. No draft and no money! This was not a normal situation! Congress and the

military can barter during peace time. There is quite a bit of flexibility for both when we are not at war!

The forces dealt with it and the progress that had been made stalled completely! Under these conditions

Adequate was not met and it is mandated by the **U.S. constitution article 1 section 8 and 10**. The

commander and chief did not request the additional troops for personal reasons. Congress was well

aware of this massive withdrawal of manpower. ***H res 133 4/1/2003 Russia and Syria threat that***

***included Iran***! I believe that this forced the leaders in charge of our forces to change the plan of attack

(that had been successful to date) because the troop levels and supply were not maintained because of

the position congress took on the request for troops and funds. **In Chaney vs district of Columbia** it

states " *As the writ is one of the most potent weapons in the judicial arsenal"id at 107 three conditions*

*must be satisfied before it may be issue. Kerry v united states dist court for the Northern dist of cal 426*

*us 394 403 (1976) First "the party seeking issuance of the writ (must) have no other means adequate*

*means to attain the relief he desires" ibid – a condition designed to ensure that the writ will not be used*

*as a substitute for the regular appeals process, faheysupre at 260. Second, the petioner must satisfy "*

*the burden of showing that (his issuance of thewrit is clear and indisputable"'" kerr supra at*

_403(quoting bankers life and casualty co, supra at 384). Third, even if the first two prerequisites are met, the issuing court, In the excersise of its disrection, must be satisfied that the writ ia appropriate under the circumstances. Kerr supra at 403 (citing schlagenhauf v holder 379 u.s. 104, 112, n 8 (1964). These hurdles, however demanding, are not insuperable. This court has issued the writ to restrain a lower court when is actions would threaten the separation of powers by embarrassing the executive arm of the government" ex parte peru 318 us 578 588(1943) or result in the intrusion by the federal judiciary on a delicate area of federal satte relations" will, supra at 95 citing Maryland v soper (no1) 270 us (1926)._

Further down in **_Chaney vs the district court of Columbia_** it reads as follows. _and give recognition to the paramount necessity of protecting the Executive Branch from vexatious litigation that might distract it from the energetic performance of its constitutional duties.   These separation-of-powers considerations should inform a court of appeals' evaluation of a mandamus petition involving the President or the Vice President. Accepted mandamus standards are broad enough to allow a court of appeals to prevent a lower court from interfering with a coequal branch's ability to discharge its constitutional responsibilities. See_ Ex parte Peru, supra, _at 587 (recognizing jurisdiction to issue the writ because "the action of the political arm of the Government taken within its appropriate sphere [must] be promptly recognized, and ... delay and inconvenience of a prolonged litigation [must] be avoided by prompt termination of the proceedings in the district court"); see also_ Clinton v. Jones, supra, _at 701 ("We have recognized that '[e]ven when a branch does not arrogate power to itself ... the separation-of-powers doctrine requires that a branch not impair another in the performance of its constitutional duties.' " (quoting_ Loving v. United States, _517 U. S. 748, 757 (1996)))._ Even though **Chaney** is about the validity of a de facto group and the legal rights attached to the group regarding confidentiality it also

is about constitutional duties and the interference there of. To protect and serve is the constitutional

duty that our military forces live and die by which is punishable by death for refusal to do so in a time of

war! To defend this country is a constitutional duty in which the means to do this is comes from

Congress and that duty is mandated by law. The position they took was essentially a military order that

redirected the war effort. Our forces overtook Baghdad and within a week we were fighting side by side

with enemy troops. They were killing our solders also! Our so-called Iraqi allies were killing our troops

also! There was no abu-gara! Interrogations were held in Baghdad surrounded by the enemy! After

abu- gura was built we still had the same situation! No troops, no draft, no funds, major allied troop

withdrawals, undermanned, working 23 and 1 for complete tours while surround by 20 million hostile

Iraq people trying to interrogate those captured in combat. At this time congress issues **H res 628.**

*deploring the abuse of persons in U.S. custody in Iraq, regardless of the circumstances of their*

*detention, urging the secretary of the army to bring to swift justice to any member who has violated the*

*U.S.M.J.*   Your honor the definition for the word **swift** means *"moving with great speed or capable of*

*moving with great speed.  Occurring suddenly.  Ready alert"*.  Your honor synonyms for swift include

*fast, fleet, expeditious, rapid, cracking, meteoric, speedy!* Your honor I want to use the word meteoric at

this point! Congress does understand what fast is! **Hr 628** congress wants our leaders in Iraq to carry

out military justice meteorically!  Referring to abu-gara! Congress did not provide troops and funds

needed for our troops which left our force's under-manned, no funds, no provision, working 23 and 1,

for complete tours under conditions that included fighting side by side with Iraqi solders that were

stealing what  provisions they could, betraying our forces, killing our solders, and then going out to join

there fellow Iraq citizens who were less than 100 yards away. Now congress wants us to deplete what

solders we have (meteorically) through the military legal system because our solders are trying to get

information from hostile enemy solders!  General Congress made this decision for our forces in Iraq!  I

want to make one last comparison to this situation and the situation in **Chaney vs the district court of Columbia**.    ***The Court also observed in* Nixon** *that a "primary constitutional duty of the Judicial Branch [is] to do justice in criminal prosecutions."* **Id.**, *at 707. Withholding materials from a tribunal in an ongoing criminal case when the information is necessary to the court in carrying out its tasks "conflict[s] with the function of the courts under Art. III."* **Ibid.** *Such an impairment of the "essential functions of [another] branch,"* **ibid.**, *is impermissible. Withholding the information in this case, however, does not hamper another branch's ability to perform its "essential functions" in quite the same way.* **Ibid**. This is about the ability to perform a constitutional duty.  This duty that are solders have to perform is to defend are country from all enemies foreign and domestic.  Interference in that duty is not allowed.  It is not compromised. The request for troops was not a judicial issue.  In the **U.S. supreme court** **U.S. Bernardin v duell 172 U.S. 576 (1899)** *Doubtless, as was said in Murray v. Land Co., 18 How. 284, congress cannot bring under the judicial power a matter which, from its nature, is not a subject for judicial determination; but at the same time, as Mr. Justice Curtis, deliving the opinion of the court, further observed, 'There are matters involving public [172 U.S. 576, 583]   rights, which may be presented in such form that the judicial power is capable of acting on them, and which are susceptible of judicial determination, but which congress may or may not bring within the cognizance of the courts of the United States, as it may deem proper.' The instances in which this has been done are numerous, and many of them are referred to in Fong Yue Ting v. U. S., 149 U.S. 714, 715 , 728 S., 13 Sup. Ct. 1016*

 In (***Chaney)*** they quoted (***Nixon***)referring to withholding evidence in a criminal investigation.  The comparison was about information used in a civil trial and that they needed in an ongoing criminal investigation!  The weight of the criminal proceedings and the need for the information used for the

court to carry out its constitutional duties could not be interfered with by the lower court! It would

hinder the courts ability to perform its duty. The civil trial (***Chaney***) was quite different. The

withholding of the evidence did not interfere with the courts ability to perform its constitutional duty. It

also stated that with holding the evidence in a criminal trial was impermissible! The weight of a request

during war time and peace time! A request for provisions during peace time when there were provisions

on hand and we were not at war could be discussed. Any discussions that took place would not effect

the military from carrying out it constitutional duties! In this case your honor this refusal can not be

overlooked! We were and still are at war! That refusal did hinder our forces from carrying out their

constitutional duties which are to defend are country from all enemies foreign and domestic! It

appeared that Congress withdrew with the allied forces! Your Honor the war has gotten larger. This is

7/16.2008. It has gotten larger than before! We now face a larger threat militarily and more countries

are involved. Two situations that I would like to note is one the aerial bombing inside Iraq by Iran. and

Syria. They say they are bombing Kurdish rebels! Kurds are part of the Iraq government and they do

fall under the security blanket of our forces. The threat from Russia which express military support for

Iran if we attacked Iran! At the same time the O.P.E.C. countries have raised the price of oil from 25

dollars a barrel to 130 dollars a barrel! I believe that this is a covert military effort by the O.P.E.C.

companies in the Middle East to hinder our efforts in the Middle East. I have proof establishing the

increase in oil prices since 2002. There is a chart in this brief from the WTRG energy ecnomics data

center on page 22. The Saudis did threaten us in the past and did at ground zero in 2001 after the strike

on 9/11/2001. Oil is a war material! The President is authorized to act. ***Under Title 50 war and***

***national defense chapter 35 –International emergency economic powers section 1701 unusal and***

***extraordinary threat; declaration of national emergency, exercise of presidential authorities. (a) Any***

***authority granted to the president by section 1702 of this title may be exercised to deal with any***

14

*unusual and extraordinary threat, which has its source in whole or in substantial part outside the us, to the national security, foreign policy, or economy of the united states, if the president declares a national emergency with respect to such threat!* Libya invaded Chad in 1987 and was attacked by the French! The French forced them out. The Chad Cameroon oil project came about. I sent you the figures to date! We went into Iraq because the French sold nuclear technology to the Iraqis. The Iraq's could have also bought nuclear warheads from the French that are being held by the French! France was a quasi ally of Iraq at one time! Oil is a war material and under the blanket of the orders and proclamations in effect by order of the Commander and Chief the honorable George walker Bush and his initiatives set out in **executive order 13223, 13315, usc title 22 ch 9, subch 3 section 461 and proclamation 8098** I request this court issue a mandate authorizing the implementation of the O.P.E.C. fund ordering the United States Attorney General to set a date for negotiation's with the heads of state in Chad, Cameroon and the owners of the following companies listed in the O.P.E.C. draft! To also start drafting the documents needed by all parties involved! Binding legal contract's with Chad and Cameroon and the U.S. to build additional pipelines coming out of Chad! Binding detailed contracts with the oil companies listed in the rough draft of the O.P.E.C. fund! This situation in the **Middle East** (under the present war) creates a larger threat than existed before the war! *Under Title 50 war and national defense chapter 9 subch 1 war materials section 421* a contract can be entered into with **Chad and Cameroon** and the cost to build can be extracted from Chad and Cameroon(under a legal contract) by 3 means which one includes a sinking fund! This will provide a stabilizing effect in the **Middle East**? *Under proclamation 8098 12/29/2006 African Growth and opportunity act and u.s.c. Title 22 Foreign relations and intercourse chapter 24a Middle east peace and stability Section 1962 Military assistance , use of armed forces. The president is authorized undertake, in the general area of the Middle East, military assistance programs with any nation or group of nations of that area desiring*

*such assistance.  Furthermore, the United States regards as vital to the national interest and world*

*peace the preservation of the independence and integrity of the nations of the Middle East. To this end,*

*if the President determines the necessity thereof, the United States is prepared to use armed forces to*

*assist any such nation or group of such nations requesting assistance against armed aggression from*

*any country controlled by international communism: Provided, That such employment shall be*

*consonant with the treaty obligations of the United States and with the Constitution of the United States.*

The President of the United States of America has already made that determination regarding the

**MiddleEast** and Russia!  Again oil is a war material!  Under **the United States code title 50 War and**

**National Defense chapter 29 National defense contracts Section 1431.  Authorization; Official**

**approval; congressional action: Notification of certain committees of certain proposed obligations,**

**resolutions of disapproval, continuity of session, computation of period***: The President may*

*authorize any department or agency of the    Government which exercises functions in connection with*

*the national defense, acting in accordance with regulations prescribed    by the President for the*

*protection of the Government, to enter into contracts or into amendments or modifications of contracts*

*heretofore or hereafter made and to make advance payments thereon, without regard to other provisions*

*of law relating to the making, performance, amendment, or modification of contracts, whenever he*

*deems that such action would facilitate the national defense. The*

*  authority conferred by this section shall not be utilized to obligate the United States in an amount in*

*excess of $50,000  without approval by an official at or above the level of an Assistant Secretary or his*

*Deputy, or an assistant head or his deputy, of such department or agency, or by a Contract Adjustment*

*Board established therein. The authority conferred by this section may not be utilized to obligate the*

*United States in any amount in excess of $25,000,000 unless the Committees on Armed Services of the*

*Senate and the House of Representatives have been notified in writing of such proposed obligation and 60 days of continuous*

*session of Congress have expired following the date on which such notice was transmitted to such Committees. For purposes of this section, the continuity of a session of Congress is broken only by* an *adjournment of the Congress sine die at the end of a Congress, and the days on which either House is not in session because of an adjournment of more than 3 days to a day certain, or because of an adjournment sine die other than at the end of a Congress, are excluded in the computation of such 60-day period.* We are already in Africa by their request!  Oil is a war material!  Since the war started we have been stalled by the pullout, the delivery of the Mraps, and the clandestine oil hike by the Middle Eastern countries!  I Quote Justice Douglas from the **United States Constitution Article II sanctions and implementing Presidential directives** *Allocation or rationing is designed to eliminate such inequalities and to treat all alike who are similarly situated. . . . But middlemen--wholesalers and retailers--bent on defying the rationing system could raise havoc with it. . . . These middlemen are the chief if not the only conduits between the source of limited supplies and the consumers. From the viewpoint of a rationing system a middleman who distributes the product in violation and disregard of the prescribed quotas is an inefficient and wasteful conduit. . . . Certainly we could not say that the President would lack the power under this Act to take away from a wasteful factory and route to an efficient one a previous supply of material needed for the manufacture of articles of war. . . . From the point of view of the factory owner from whom the materials were diverted the action would be harsh. . . . **But in time of war the national interest cannot wait on individual claims to preference.**** Your honor this is a war on terror and I have volunteered in many ways trying to assist those who are fighting this war.  I have been doing this for the last 7 to 8 years.  This war is necessary and we must provide for those who fight the war with what they determined is needed to win the war!  If you were to ask

congress how to fight the war you could not get a solid answer!  You could not get an answer that would

produce the results that you would want if they were under your command!  You could not get an

acceptable answer because they are not trained in warfare! Congress could not be considered expert

witness's that could testify about the progress on the war because they did not provide what the experts

in war requested.  Yet they expected our troops to produce the same results that were drafted in the

original war plan which was based upon adequate provisions with fewer provisions than was planned for

by those in charge of our forces.  Every request was challenged, altered, negotiated and litigated while

the battle continued!  Even when they knew our forces were undermanned and two additional countries

entered the war aiding Iraq the decision that Congress made (not issuing the funds and negotiating

funding) is prima facie evidence **of usurpation of power**, and a huge void in military experience

especially experience under the gun.  They did not exercise discretion and took a public stance implying

that those in charge of the military effort could not be trusted!  They were not listening to the experts

and went on an emotional departure from sound judgment by following the direction of those countries

that were pulling out of the war for reasons that were not based on the war effort itself.  Your Honor I

am submitting a plan to fund a project which I have named the O.P.E.C. fund!  It will provide more than

enough funds to petition Chad and Cameroon for the oil rights in that specific region and pay for the

pipelines and troops needed to protect it and at the same time the war torn nation of Africa can benefit

directly and indirectly from this project!  This project would act as a financial buttress stifling the efforts

of the O.P.E.C. countries that have not remained neutral in this war effort!  Your Honor! Under **the**

**United States Constitution Article 1 section 10** *No State shall, without the Consent of Congress, lay*

*any Duty of Tonnage, keep Troops, or Ships of War in time of Peace, enter into any Agreement or*

*Compact with another State, or with a foreign Power, or engage in War, unless actually invaded, or in*

*such imminent Danger as will not admit of delay.*   This situation is at a point in which this court has to

issue a writ of mandamus (if it is determined by the court to be so) to the appropriate department and

draft the documents to implement this program immediately.  The danger is at such a level that normal

procedures (With all due respect to the legislative process and the determination abilities of this court)

normal procedures would allow the damage to continue and create an even worse scenario which would

be uncorrectable if not dealt with immediately; the cost to correct it would be a figure so high that it

amounts to an infinite number!  **There is no law that states only Congress can provide for the**

**military!  Under the United States Constitution Article 1 Section 8 Congress is** *To provide for*

*organizing, arming, and disciplining, the Militia, and for governing such Part of them as may be*

*employed in the Service of the United States, reserving to the States respectively, the Appointment of the*

*Officers, and the Authority of training the Militia according to the discipline prescribed by Congress.*

The funding needed is not going to put this country further in debt and would fund this phase of the war

effort for the next 2 years.  The fund is based upon a few factors.  The President has already signed into

effect **proclamation 8098**  Which authorizes investment and economic assistance in Africa 1.)  Chad

and Cameroon must agree to the additional pipelines under the terms drafted by the United States

Attorney General outlined in the proposal! (any binding contracts that lists the United States as the

contract holder and the monies they are to be paid on regular basis through a sinking fund and any other

means of repayment deemed necessary by the Attorney General of the United states) 2.) The oil

companies would have to agree to the contract terms laid out by the United States Attorney General. 3.)

The funds are controlled by the secretary of Defense and are not subject to congressional interference.

Neither is congress to use any money from this fund nor are they to add, subtract, alter, offset or

withhold in any fashion the monies they are required to constitutional provide to the United States

Military.  4.) That it is understood that the O.P.E.C. funds is a self sustained fund that is used to provide

additional support for the United States Military and the Chad Cameroon project or a new project name

deemed fitting by the United States Attorney General! 5.) The fund will reach 200 billion dollars in 2 years! That figures does not include interest! 6.) After the 2 year period of establishing the fund the method funding the O.P.E.C. fund will be discontinued. 7.) The monies as that point will still be under the control of the secretary of defense!  The situation is urgent and casualties are still mounting!  Below is a portion from the webpedia that supports my finding on the explosives properties that are achievable with the explosives contained in a scud-b missile if disassembled and combined.  This is what our ground troops have been up against in Iraq; Scud missile claymores!  Modified scuds!  These weapons are only available to the Iraq military.  This is not presumptuous since our air force encountered these very same missiles being launched from Iraqi aircraft!  I refer to the list of the dead and the 5 year range that included nothing but Bradley's and Abrams being destroyed by indirect hits from roadside bombs!  I stress the word indirect!  It had to be a modified scud b type missile!  You can take these explosives and modify them to produce nuclear results!

- Conventional bunker buster bombs yield range from less than 1 ton to MOAB's 11 tonnes.

- **Minor Scale, a 1985 United States conventional explosion utilizing 4,800 short tons of ANFO explosive to simulate a 4 kt nuclear explosion, is believed to be the largest planned detonation of conventional explosives in history.**

- The atomic bomb dropped on Hiroshima on August 6, 1945, exploded with an energy of about 15 kilotons of TNT ($\approx 6.3 \times 10^{13}$ joules). The nuclear weapons currently in the arsenal of the United States range in yield from 0.3 kt to 1.2 Mt TNT equivalent, for the B83 strategic bomb.

20

- During the Cold War, the United States developed hydrogen bombs with a maximum theoretical yield of 25 Mt; the Soviet Union developed a prototype weapon, nick-named the Tsar Bomba, which was tested at 50 Mt, but had a maximum theoretical yield of 100 Mt.[4] The actual destructive potential of such weapons can vary greatly depending on conditions, such as the altitude at which they are detonated, the nature of the target they are detonated against, and the physical features of the landscape where they are detonated.

- The 1908 Tunguska event, believed to have been caused by an impacting comet or meteoroid, is estimated to have had a force ranging from 10–15 Mt.

This next chart is from the WTRG energy economics data center!



**Crude Oil Prices**
**2007 Dollars**

These figures are from 1947 to may 2008. 7/18/208 the price of oil per barrel was over $130.00 per barrel! This is what the OPEC members have done without any reason other than to stall and hinder the war on terror. It has to be a military decision. They all moved in unison! They (the O.P.E.C. countries) have not moved in this fashion under any other crisis noted or recorded. Famines, earthquakes,

22

technology, shortages, prior wars, or just plain greed have not produced this effect on the oil prices!

Through the process of elimination the only thing left is the military!  Your honor the constitution

authorizes this court to issue all writs and you have the jurisprudence to make that decision!  Under

**United States Code Title 22- foreign Relations and intercourse chapter 9- foreign wars, War**

**materials, and Neutrality subchapter III- Prevention of offense against neutrality section 461.**

**Enforcement by courts; employment of land and naval forces:** *the district courts shall take*

*cognizance of all complaints , by whomever instituted, , in cases of captures made within the waters of*

*the United States, or within a marine league of the coasts or shores thereof. In every case in which a*

*vessel is fitted out and armed, or attempted to be fitted out and armed, or in which the force of any*

*vessel of war, cruiser, or other armed vessel is increased or augmented, **or in which any military***

***expedition or enterprise is begun or set on foot, contrary to the provisions and prohibitions of this***

***subchapter and sections 958 to 962 of title 18;***  The instance or violations in this present war are to

numerous to list in this complaint!  The latest is the Iranian bombing inside Iraq of the Kurds whom are

part of the new Iraqi government!  Also the Syrian and Iranian troops that entered into the war!  The

constant supply of soviet and Iranian weapons by provided to the enemy used against our forces in Iraq!

The oil prices!  Your honor I have outlined the terms and method of funding the O.P.E.C. fund for the

purpose of this courts understanding that the United States is not appropriating any monies to establish

the fund!  The following is a rough draft of the provisions of the O.P.E.C. fund.


O.P.E.C. fund:  200 billion dollars …interest bearing, changing, general fund established specifically for

Chad/military operations in Chad…Immediately available.

100% of the monies acquired from the rate change are deposited into the O.P.E.C. fund.

Funds are dispensed by the secretary of defense/Joint chiefs of staff/central command/Chad operations officer

Funds used for military personnel in Chad to oversee pipeline operations?

Funds used for building materials and personal.

Fund capped at 200 billion dollars.  Does not include rate increases or interest!

Tax breaks given to companies involved. The amount is determined by the United States Attorney General?

1.50 x 100000000000.00.  This is the target for the funds during the first year!

1 year 411x10^9 per day check the figures 75% completed! This is the acquisition rate in for one year.

2 year 1.37 x 10^12 per day fund completed! 100%! This is the acquisition rate the second year!

25 % of the means -/+ .01% this is also a target base for acquisitions!

100% of the proceeds from the rate change go into the O.P.E.C. fund!

O.P.E.C. fund has a 200 billion dollar ceiling or a 2 year operating time period which will be evaluated at the end of the time period.  The 200 billion dollars does not include the interest accumulated over the 2 year period or after!

25% of the Oil from the pipelines will go to the U.S. reserves as crude!

75% of the oil from the pipelines will be dispersed to the companies involved in establishing the fund!

100 % of the 75% will be refined in 2 new U.S. refineries to be determined!

Contingency safeguards: If O.P.E.C. raises it prices during the 2 year O.P.E.C. fund operating period the rate change can be re-evaluated based on a derivative of the base rate change at a increment proportional to another O.P.E.C. price hike!  This will be the time left during the base acquisition period of the O.P.E.C. fund!  Below is an example of the adjustment formula!

24

Price hike = \$4.00 time left = 14 months rate change = (cost per barrel + rate change) x total barrel (a=derivative ph (%change)(time) or b=s)or(rate increase)($|c|$)(T=14)!

This will be done to keep the fund at a level (200 billion dollars) that will meet the goals of the fund and ensure that we have a level operating base to confront the economic terrorist threat through their covert price hike!

The output of the pipelines to be built are based upon the sustained production of the Chad Cameroon project and the figures reported by the project overseers themselves (since 2004) and released to the World Bank. There has not been a decline in the output of the pipeline since it opened!

Chad will benefit directly by entering into an agreement with the U.S. (classified) under a contract to guarantee U.S. support and increase the support sorely needed in their war torn deprived country!

Looking at the documents that was signed by Chad and Cameroon; I believe that we can offer a more lucrative package with better terms for both countries! The project was spearheaded by one of the world most renowned experts in the oil field. Rashad, Rudolf Kaldany who specializes in gas, mining and chemicals! Mr Kaldany received a Ph.D. from Columbia University and an M.B.A. from Stanford. He was the premier investment officer for the I.F.C. and the World Bank! His finding were applauded and acted upon by 3 of the most noted companies in the oil business; Exxon Chevron and petronas of Malaysia! The entire project was financed by the World Bank and others before they struck oil! This venture will serve a 3 fold purpose for the United States! It will assist in the war against terror! It will keep Libya from going back into Chad! It will assist Chad and Cameroon in a humanitarian fashion! Anything beyond this would be considered classified information if and when put into effect and fall under executive privilege.

CONCLUSION

Your Honor; I come before the court for this court assistance to aid our forces and those who are

fighting this war on terror. I have a very solid legal basis for the troops and those in charge. There is no

controlling law that states only congress can provide for our forces in Iraq or any war. This court can

exercise it jurisprudence in this matter and also has the power to issue the writ needed or order directing

the appropriate office to start drafting the contracts for the O.P.E.C.! This was not an easy decision. It

was just as hard a decision that our forces in Iraq had to make trying to minimize loss of life. No matter

what you do it will have a negative effect on the one making the decisions! There is no joy in this

except that there is hope that through this court are solders will find the voice needed to bring this

conflict back to the level of control that we had in the beginning of the war! My efforts are for my

country and those whom are fighting this war! Russia has threatened this country twice through Cuba

and now through Iran. Iran is worse than Cuba. I personally would not allow Russia an opportunity at a

third strike that involved Nuclear weapons. 2 are to many! While they threaten our country we have

130,000 troops over there and we as a Nation must respond by defending our troops over there and

acquiring the provisions needed for the war! Oil is a war material! Russia interests in the oil are

obvious! As I said this is for the United States of America and the troops over there in Iraq. There is no

controlling law impeding your decisions to implement the required orders authoring the appropriate

departments to establish the O.P.E.C. fund! The troops are stationed there as you read this reply brief.

The enemy is on the move. It would be inappropriate to request the Commander in chief and the

Generals in charge of the war to lay out the plan of attack for security reasons! If they so choose to do

so and did ….it would not be by my request nor is it any where implied in this suit that that is needed to

implement the O.P.E.C. fund! This fund is to offset the counteroffensive by the enemy and build a

financial buttress against the O.P.E.C. countries that have not remained neutral in this war!  It is also to

assist in keeping any more countries from entering into this war!  It is also to assist Africa in stabilizing

certain regions especially that are attached to her such as Libya and other O.P.E.C. members.  This will

be under the complete control of the Secretary of defense.  I hope that the court will rule in favor of our

troops who (by choice) have to defend this country with there very lives!  Thank you for your time and

attention!

Everett N. Watson_____

27

# APPENDIX

1.)

United States Code

TITLE 50 – WAR AND NATIONAL DEFENSE

CHAPTER 35 – INTERNATIONAL EMERGENCY ECONOMIC POWERS

*U.S. Code as of: 01/19/04*

Section 1701. Unusual and extraordinary threat; declaration of national

emergency; exercise of Presidential authorities

(a) Any authority granted to the President by section 1702 of this title may be exercised to deal with any unusual and extraordinary threat, which has its source in whole or substantial part outside the United States, to the national security, foreign policy, or economy of the United States, if the President declares a national emergency with respect to such threat.
(b) The authorities granted to the President by section 1702 of this title may only be exercised to deal with an unusual and extraordinary threat with respect to which a national emergency has been declared for purposes of this chapter and may not be exercised for any other purpose. Any exercise of such authorities to deal with any new threat shall be based on a new declaration of national emergency which must be with respect to such threat.

**[Notes]**                    **Next**

27

2.)

United States Code

TITLE 50 - WAR AND NATIONAL DEFENSE

CHAPTER 29 - NATIONAL DEFENSE CONTRACTS

*U.S. Code as of. 01/19/04*

**Section 1431. Authorization; official approval; Congressional action: notification**

**of committees of certain proposed obligations, resolution of disapproval,**

**continuity of session, computation of period**

The President may authorize any department
or agency of the
Government which exercises functions in
connection with the
national defense, acting in accordance with
regulations prescribed
by the President for the protection of the
Government, to enter
into contracts or into amendments or
modifications of contracts
heretofore or hereafter made and to make
advance payments thereon,
without regard to other provisions of law
relating to the making,
performance, amendment, or modification of
contracts, whenever he
deems that such action would facilitate the
national defense. The
authority conferred by this section shall not
be utilized to
obligate the United States in an amount in
excess of $50,000
without approval by an official at or above
the level of an
Assistant Secretary or his Deputy, or an
assistant head or his
deputy, of such department or agency, or by a
Contract Adjustment
Board established therein. The authority
conferred by this section
may not be utilized to obligate the United
States in any amount in
excess of $25,000,000 unless the Committees
on Armed Services of

28

```
the Senate and the House of Representatives
          have been notified in
writing of such proposed obligation and 60
          days of continuous
session of Congress have expired following
          the date on which such
notice was transmitted to such Committees.
          For purposes of this
  section, the continuity of a session of
        Congress is broken only by
an adjournment of the Congress sine die at
          the end of a Congress,
and the days on which either House is not in
          session because of an
  adjournment of more than 3 days to a day
          certain, or because of an
adjournment sine die other than at the end of
              a Congress, are
 excluded in the computation of such 60-day
                 period.
```

## [Notes]

3.)

United States Code

TITLE 22 – FOREIGN RELATIONS AND INTERCOURSE

CHAPTER 9 – FOREIGN WARS, WAR MATERIALS, AND NEUTRALITY

SUBCHAPTER I – WAR MATERIALS

*U.S. Code as of: 01/19/04*

**Section 421. Contracts by Government agencies for defense articles, services,**

**etc., for foreign governments in interests of United States**

```
  The President may, from time to time, when
            he deems it in the
interest of national defense, authorize the
          head of any department
  or agency of the Government, to enter into
            contracts for the
procurement of defense articles, information,
          or services for the
government of any country whose defense the
          President deems vital
  to the defense of the United States, to the
            extent that such
```

government agrees to pay the United States
for such defense
articles, information, or services prior to
the receipt thereof and
to make such payments from time to time as
the President may
require to protect the interests of the
United States; and, upon
payment of the full cost, the President may
dispose of such
articles, information, or services to such
government: Provided,
That the total amount of the outstanding
contracts under this
section, less the amounts which have been
paid to the United States
under such contracts, shall at no time exceed
$600,000,000.

4.)

United States Code

TITLE 22 – FOREIGN RELATIONS AND INTERCOURSE

CHAPTER 9 – FOREIGN WARS, WAR MATERIALS, AND NEUTRALITY

SUBCHAPTER III – PREVENTION OF OFFENSES AGAINST NEUTRALITY

*U.S. Code as of: 01/19/04*

**Section 461. Enforcement by courts; employment of land or naval forces**

The district courts shall take cognizance
of all complaints, by
whomsoever instituted, in cases of captures
made within the waters
of the United States, or within a marine
league of the coasts or
shores thereof. In every case in which a
vessel is fitted out and
armed, or attempted to be fitted out and
armed, or in which the
force of any vessel of war, cruiser, or other
armed vessel is
increased or augmented, or in which any
military expedition or
enterprise is begun or set on foot, contrary
to the provisions and
prohibitions of this subchapter and sections
958 to 962 of title
18; and in every case of the capture of a
vessel within the

30

jurisdiction or protection of the United
        States as before defined;
   and in every case in which any process
        issuing out of any court of
the United States is disobeyed or resisted by
        any person having the
 custody of any vessel of war, cruiser, or
        other armed vessel of any
 foreign prince or state, or of any colony,
        district, or people, or
 of any subjects or citizens of any foreign
        prince or state, or of
any colony, district, or people, it shall be
        lawful for the
 President or such other person as he shall
        have empowered for that
 purpose, to employ such part of the land or
        naval forces of the
United States, or of the militia thereof, for
        the purpose of taking
 possession of and detaining any such vessel,
        with her prizes, if
any, in order to enforce the execution of the
        prohibitions and
penalties of this subchapter and sections 958
        to 962 of title 18,
and the restoring of such prizes in the cases
        in which restoration
 shall be adjudged; and also for the purpose
        of preventing the
   carrying on of any such expedition or
        enterprise from the territory
or jurisdiction of the United States against
        the territory or
 dominion of any foreign prince or state, or
        of any colony,
  district, or people with whom the United
        States are at peace.

5.)

United States Code

TITLE 22 – FOREIGN RELATIONS AND INTERCOURSE

CHAPTER 24A – MIDDLE EAST PEACE AND STABILITY

*U.S. Code as of: 01/19/04*

**Section 1961. Economic assistance**

The President is authorized to cooperate

31

            with and assist any
     nation or group of nations in the general
            area of the Middle East
     desiring such assistance in the development
            of economic strength
      dedicated to the maintenance of national
               independence.

6.)

United States Code

TITLE 22 - FOREIGN RELATIONS AND INTERCOURSE

CHAPTER 24A - MIDDLE EAST PEACE AND STABILITY


*U.S. Code as of: 01/19/04*

**Section 1962. Military assistance; use of armed forces**

     The President is authorized to undertake,
            in the general area of
     the Middle East, military assistance programs
            with any nation or
     group of nations of that area desiring such
               assistance.
      Furthermore, the United States regards as
            vital to the national
     interest and world peace the preservation of
            the independence and
     integrity of the nations of the Middle East.
            To this end, if the
     President determines the necessity thereof,
            the United States is
     prepared to use armed forces to assist any
            such nation or group of
     such nations requesting assistance against
            armed aggression from
      any country controlled by international
            communism: Provided, That
     such employment shall be consonant with the
            treaty obligations of
     the United States and with the Constitution
            of the United States.


7.)

United States Code

TITLE 28 - JUDICIARY AND JUDICIAL PROCEDURE

PART V – PROCEDURE

CHAPTER 111 – GENERAL PROVISIONS

*U.S. Code as of: 01/19/04*

**Section 1651. Writs**

(a) The Supreme Court and all courts
established by Act of
Congress may issue all writs necessary or
appropriate in aid of
their respective jurisdictions and agreeable
to the usages and
principles of law.
(b) An alternative writ or rule nisi may be
issued by a justice
or judge of a court which has jurisdiction.


8.) December 29, 2006

By the President of the United States of America

A Proclamation

1. Section 506A(a)(1) of the Trade Act of 1974, as amended (the "1974 Act")(19 U.S.C. 2466a(a)(1)), as added by section 111(a) of the African Growth and Opportunity Act (title I of Public Law 106-200)(AGOA), authorizes the President to designate a country listed in section 107 of the AGOA (19 U.S.C. 3706) as a "'beneficiary sub-Saharan African country" if the President determines that the country meets the eligibility requirements set forth in section 104 of the AGOA (19 U.S.C. 3703), as well as the eligibility criteria set forth in section 502 of the 1974 Act (19 U.S.C. 2462).

Section 104 of the AGOA authorizes the President to designate a country listed in section 107 of the AGOA as an "eligible sub-Saharan African country" if the President determines that the country meets certain eligibility requirements.

3. Section 112(b)(3)(B) of the AGOA (19 U.S.C. 3721(b)(3)(B)) provides special rules for certain apparel articles imported from "lesser developed beneficiary sub-Saharan African countries."

9.) **Executive Order**
Termination of Emergency Declared in Executive Order 12722 with Respect to Iraq and Modification of Executive Order 13290, Executive Order 13303, and Executive Order 13315

By the authority vested in me as President by the Constitution and laws of the United States of America, including the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.)(IEEPA), the National

Emergencies Act (50 U.S.C. 1601 et seq.)(NEA), section 5 of the United Nations Participation Act, as amended (22 U.S.C. 287c)(UNPA), and section 301 of title 3, United States Code,

I, GEORGE W. BUSH, President of the United States of America, have determined that the situation that gave rise to the declaration of a national emergency with respect to Iraq in Executive Order 12722 of August 2, 1990, has been significantly altered by the removal of the regime of Saddam Hussein and other developments. I hereby terminate the national emergency declared in Executive Order 12722, revoke that Executive Order and Executive Order 12724 of August 9, 1990, Executive Order 12734 of November 14, 1990, Executive Order 12743 of January 18, 1991, Executive Order 12751 of February 14, 1991, and Executive Order 12817 of October 21, 1992, that are based on that national emergency. I hereby amend Executive Order 13290 of March 20, 2003, so that the authorities therein remain in effect based on the national emergency I declared in Executive Order 13303 of May 22, 2003, and expanded in Executive Order 13315 of August 28, 2003. At the same time, and in order to take additional steps to deal with the national emergency that I declared in Executive Order 13303, and expanded in Executive Order 13315, with respect to the unusual and extraordinary threat to the national security and foreign policy of the United States posed by obstacles to the orderly reconstruction of Iraq, the restoration and maintenance of peace and security in that country, and the development of political, administrative and economic institutions in Iraq, I hereby order:

Section 1. Pursuant to section 202(a) of the NEA (50 U.S.C. 1622(a)), termination of the national emergency declared in Executive Order 12722 shall not affect any action taken or proceeding pending but not finally concluded or determined as of the effective date of this order, any action or proceeding based on any act committed prior to such date, or any rights or duties that matured or penalties that were incurred prior to such date. Pursuant to section 207(a) of IEEPA (50 U.S.C. 1706(a)), and subject to such regulations, orders, directives, or licenses as may be issued pursuant to this order, I hereby determine that the continuation of prohibitions with regard to transactions involving property blocked pursuant to Executive Orders 12722 or 12724 that continues to be blocked as of the effective date of this order is necessary on account of claims involving Iraq.

Sec. 2. The Annex to Executive Order 13315 is replaced and superseded in its entirety by the Annex to this order.

Sec. 3. I hereby amend Executive Order 13290 by removing "the national emergency declared in Executive Order 12722 of August 2, 1990" and replacing it with "the national emergency declared in Executive Order 13303 of March 20, 2003, and expanded in Executive Order 13315 of August 28, 2003".

Sec. 4. Unless licensed or otherwise authorized pursuant to this order or otherwise consistent with U.S. law, the trade in or transfer of ownership or possession of Iraqi cultural property or other items of archeological, historical, cultural, rare scientific, and religious importance that were illegally removed, or for which a reasonable suspicion exists that they were illegally removed, from the Iraq National Museum, the National Library, and other locations in Iraq since August 6, 1990, is prohibited.

Sec. 5. I hereby determine that the making of donations of the type specified in section 203(b)(2) of IEEPA (50 U.S.C. 1702(b)(2)) by or to persons determined to be subject to the sanctions imposed by Executive Order 13315 or by this order would seriously impair my ability to deal with the national emergency declared in Executive Order 13303, and expanded by Executive Order 13315, or would endanger the Armed Forces of the

34

United States that are engaged in hostilities, and I hereby prohibit such donations as provided in section 1 of Executive Order 13315 as amended by this order.

Sec. 6. For those persons listed in the Annex to this order or determined to be subject to Executive Order 13315 or this order who might have a constitutional presence in the United States, I find that because of the ability to transfer funds or other assets instantaneously, prior notice to such persons of measures to be taken pursuant to this order would render these measures ineffectual. I therefore determine that for these measures to be effective in addressing the national emergency declared in Executive Order 13303, and expanded by Executive Order 13315, there need be no prior notice of a listing or determination made pursuant to Executive Order 13315 or this order.

Sec. 7. The Secretary of the Treasury, in consultation with the Secretary of State, is hereby authorized to take such actions, including the promulgation of rules and regulations, and to employ all powers granted to the President by IEEPA and UNPA as may be necessary to carry out the purposes of this order. The Secretary of the Treasury may redelegate any of these functions to other officers and agencies of the United States Government consistent with applicable law. All agencies of the United States Government are hereby directed to take all appropriate measures within their authority to carry out the provisions of this order.

Sec. 8. The Secretary of the Treasury, in consultation with the Secretary of State, is authorized to determine subsequent to the issuance of the order, that circumstances no longer warrant the inclusion of a person in the Annex to this order and that such person is therefore no longer covered within the scope of the order.

Sec. 9. This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, instrumentalities, or entities, officers or employees, or any other person.

Sec. 10. This order is effective at 12:01 a.m. eastern daylight time on July 30, 2004. This order shall be transmitted to the Congress and published in the Federal Register.

GEORGE W. BUSH

THE WHITE HOUSE,

July 29, 2004.

10.)